HONORABLE: Sarah A. L. Merriam, USMJ

DEPUTY CLERK Breigh Freberg    RPTR/ECRO/TAPE FTR - CR4

USPO Kai Jenkins    INTERPRETER _____

TOTAL TIME: _____ hours 29 minutes

DATE: Dec 9, 2016    START TIME: 4:11pm    END TIME: 4:40pm

## COURTROOM MINUTES

- ☒ IA-INITIAL APPEAR ☐
- ☐ IA- RULE 5
- ☒ ARRAIGNMENT
- ☐ CONFLICT HRG

- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG

- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☐ STATUS CONF

- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☐ MOTION HRG

CRIMINAL NO. 16CR220(AWT)    DEFT # _____

UNITED STATES OF AMERICA

vs

David Demos

Heather Cherry, Jonathan Francis
AUSA

Stanley Twardy, Daniel E. Wenner
Counsel for Defendant Ret ☒ CJA ☐ PDA ☐

- ☐ ......Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ...... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☐ ...... Court appoints Attorney_____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ...... Appearance of _____ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☒ ......Plea of ☒ not guilty ☐ guilty ☐ nolo contendere to count(s) 1-6 of the Indictment
- ☐ ...... Petition to Enter Guilty Plea filed    (indict, superseding indict, info)
- ☐ ...... Defendant motions due _____ ; Government responses due _____
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ......Hearing on Pending Motions scheduled for _____ at _____
- ☒ ...... Jury Selection set for 2/9/2017 at 9:00am
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☐ ...... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $_____ on count(s)_____. Total $ _____ ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of _____
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☒ ...... Bond ☒ set at $250,000.00 ☐ reduced to $_____ ☐ Non-surety ☒ Surety ☐ Personal Recognizance
- ☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ ...... Defendant detained
- ☐ ...... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☒ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐month ☐ by telephone☐ in person☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐Must not apply for a passport.

☐ .......Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☒ ...... as set forth in the Order Setting Conditions of Release

☐ ....... _____

_____

_____

_____

## ADDITIONAL PROCEEDINGS

☐ ...... Deft's oral motion _____ ☐granted ☐denied ☐advisement
☐ ......Deft's oral motion _____ ☐granted ☐denied ☐ advisement
☐ ......Deft's oral motion _____ ☐granted ☐denied ☐ advisement
☐ .......Deft's oral motion _____ ☐granted ☐ denied ☐ advisement
☐ ...... Govt's oral motion _____ ☐granted ☐ denied ☐advisement
☐ ..... Govt's oral motion _____ ☐granted ☐denied ☐advisement
☐ ..... Govt's oral motion _____ ☐granted ☐ denied ☐advisement
☐ ..... Govt's oral motion _____ ☐granted ☐ denied ☐advisement
☐ ...... #____ Deft _____ Motion _____ ☐granted ☐ denied ☐ advisement
☐ ..... #____ Deft _____ Motion _____ ☐granted ☐denied ☐ advisement
☐ ..... #____ Govt Motion _____ ☐granted ☐ denied ☐ advisement
☐ ..... #____ Govt Motion _____ ☐granted ☐ denied ☐advisement
☐ ......_____ ☐filed ☐granted ☐denied ☐ advisement
☐ ......_____ ☐ filed ☐granted ☐ denied ☐ advisement
☐ ......_____ ☐ filed ☐granted ☐denied ☐advisement
☐ ......_____ ☐filed ☐granted ☐denied ☐advisement
☐ ......_____ ☐ filed ☐ granted ☐denied ☐ advisement

Notes: