UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16-CR-220 (AWT) |
| | : | |
| v. | : | |
| | : | |
| DAVID DEMOS, | : | |
| | : | |
| Defendant. | : | |

## SCHEDULING ORDER

In accordance with the Local Criminal Rules and after consultation with counsel for the government and counsel for the defendant, the Court hereby ORDERS the following schedule for the filing of pretrial motions and the trial in this case:

| | |
|---|---|
| Government's completion of discovery[1] | January 31, 2017 |
| Defendant discloses information about its defenses to enable government to provide Rule 404(b) notice | January 31, 2017 |
| Government's Rule 404(b) notice | March 1, 2017 |
| Defendant's Group I motions[2] | March 1, 2017 |
| Government's response to defendant's Group I motions | March 31, 2017 |
| Status Report from defendant re Rule 17(c) subpoenas | March 31, 2017 |

---

[1] The dates herein are dependent upon the government's completion of production of the discovery relevant to its Cantor Fitzgerald investigation by January 31, 2017. Should the government fail to comply with that deadline, the subsequent dates likely will require adjustment. Moreover, while the schedule does not depend upon the production of the government's investigations into various fixed-income broker-dealers other than Cantor Fitzgerald, undue delay in the government's production of those materials likely will also necessitate adjustment to the schedule.

[2] The Group I motions include motions based on Rule 12(b)(3)(A)(i) (venue) and Rule 12(b)(3)(B)(iii) (lack of specificity).

| | |
|---|---|
| Defendant's reply regarding his Group I motions | April 21, 2017 |
| Defendant's Group II motions[3] | August 15, 2017 |
| Government's response to defendant's Group II motions | September 15, 2017 |
| Government's *Jencks* Act and *Giglio* material | October 2, 2017 |
| Defendant's reply regarding his Group II motions | October 6, 2017 |
| Defendant's discovery pursuant to Rule 16(b)(1)(A) and (B) | October 13, 2017 |
| Hearing on defendant's motions and status conference on experts | October 20, 2017 |
| Government's expert notice and summary as required by Rule 16(a)(1)(G) | November 10, 2017 |
| Defendant's expert notice and summary as required by Rule 16(b)(1)(C) | November 10, 2017 |
| Government's witness list | December 1, 2017 |
| Government's exhibit list and exhibits for its case-in-chief | December 1, 2017 |
| Defendant's witness lists | December 1, 2017 |
| Defendant's exhibit lists and exhibits for Defendant's case-in-chief | December 1, 2017 |
| Defendant's Rule 26.2 (*Jencks*) statements | December 15, 2017 |
| Hearing re experts, if needed | December 20, 2017 |
| Motions *in limine* (both parties) | January 5, 2017 |

---

[3] The Group II motions are any motions not included in Group I, including but not limited to motions based on Rule 12(b)(3)(A)(iv) (selective prosecution), Rule 12(b)(3)(B)(v) (failure to state an offense), and discovery disputes.

| | |
|---|---|
| Responses to motions *in limine* | January 26, 2017 |
| Replies to motions *in limine* | February 9, 2017 |
| Hearing on motions *in limine* | February 23, 2018 |
| Proposed voir dire questions | March 5, 2018 |
| Proposed jury instructions | March 5, 2018 |
| Pretrial conference | March 19, 2018 |
| Jury selection | April 17, 2018 |
| Trial | April 23, 2018 |

It is so ordered.

Signed this 1st day of February 2017, at Hartford, Connecticut.

                                                                         /s/ AWT
                                                         Alvin W. Thompson
                                         United States District Judge