UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16-CR-220 (AWT) |
| | : | |
| v. | : | |
| | : | |
| DAVID DEMOS, | : | |
| | : | |
| Defendant. | : | March 3, 2017 |

**DAVID DEMOS'S GROUP I MOTIONS TO DISMISS,
TO STRIKE AND FOR A BILL OF PARTICULARS
AND IDENTIFICATION OF *BRADY* MATERIAL**

For the reasons set forth in the accompanying memorandum of law, defendant David Demos hereby moves this Court to dismiss the indictment pursuant to Federal Rule of Criminal Procedure 12(3)(B)(ii) and (iii); to strike surplusage pursuant to Rule 7(d); for a bill of particulars, pursuant to Rule 7(f); and for identification of exculpatory material under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny.

WHEREFORE, we respectfully request that the Court grant the relief as set forth in the accompanying memorandum of law.

Respectfully submitted,

DAVID DEMOS

By: /s/ *Daniel E. Wenner*
    Peter A. Chavkin (PHV08660)
    Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
    Chrysler Center
    666 Third Avenue
    New York, NY  10017
    (212) 692-6231
    pchavkin@mintz.com

    Patrick J. Sharkey (CT00654)
    Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
    One Financial Center
    Boston, MA  02111
    (617) 348-1819
    pjsharkey@mintz.com

    Stanley A. Twardy, Jr. (ct05096)
    Day Pitney LLP
    One Canterbury Green
    201 Broad Street
    Stamford, Connecticut 06901
    (203) 977-7300
    satwardy@daypitney.com

    — and —

    Daniel E. Wenner (ct27852)
    Day Pitney LLP
    242 Trumbull Street
    Hartford, Connecticut 06103
    (860) 275-0100
    dwenner@daypitney.com

    His Attorneys