UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16-CR-220 (AWT) |
| | : | |
| v. | : | |
| | : | |
| DAVID DEMOS, | : | |
| | : | |
| Defendant. | : | April 21, 2017 |

**DAVID DEMOS'S SUPPLEMENTAL MOTIONS**

As more fully set forth in the Memorandum of Law in Support of David Demos's Supplemental Motion, Defendant David Demos hereby moves for the following relief: (1) a bill of particulars with respect to Count 3 or, in the alternative, to dismiss that count; (2) to strike the unconstitutional language from paragraph 4 of the superseding indictment; and (3) to preclude the government from offering any evidence of uncharged conduct.

Respectfully submitted,

DAVID DEMOS


By:   */s/ Daniel E. Wenner* _____
Peter A. Chavkin (PHV08660)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
Chrysler Center
666 Third Avenue
New York, NY  10017
(212) 692-6231
pchavkin@mintz.com

Patrick J. Sharkey (CT00654)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
(617) 348-1819
pjsharkey@mintz.com

Stanley A. Twardy, Jr. (ct05096)
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, Connecticut 06901
(203) 977-7300
satwardy@daypitney.com

— and —

Daniel E. Wenner (ct27852)
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103
(860) 275-0100
dwenner@daypitney.com

His Attorneys