UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16-CR-220 (AWT) |
| | : | |
| v. | : | |
| | : | |
| DAVID DEMOS, | : | |
| | : | |
| Defendant. | : | August 15, 2017 |

## DAVID DEMOS'S GROUP II MOTION TO DISMISS

For the reasons set forth in the accompanying memorandum of law, defendant David Demos hereby moves this Court to dismiss the indictment pursuant to, but not limited to, Federal Rule of Criminal Procedure 12(b)(3)(A)(iv), (A)(v), and (B)(v).

WHEREFORE, we respectfully request that the Court grant the relief as set forth in the accompanying memorandum of law.

Respectfully submitted,

DAVID DEMOS

By: */s/ Peter A. Chavkin*
Jose Baez
The Baez Law Firm
40 SW 13th Street, Suite 901
Miami, FL  33130
(305) 999-5111
jose@baezlawfirm.com

George J. Leontire
The Baez Law Firm
66 N. Second Street
New Bedford, MA  02108
(855) 223-9080
george@baezlawfirm.com

Ronald S. Sullivan, Jr.
6 Everett Street
Cambridge, MA 02138
(617) 496-4777
prof.ron.sullivan@gmail.com
*Pro hac admission pending*

Peter A. Chavkin (PHV08660)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
Chrysler Center
666 Third Avenue
New York, NY 10017
(212) 692-6231
pchavkin@mintz.com

Patrick J. Sharkey (CT00654)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1819
pjsharkey@mintz.com

Stanley A. Twardy, Jr. (ct05096)
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, Connecticut 06901
(203) 977-7300
satwardy@daypitney.com

Daniel E. Wenner (ct27852)
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103
(860) 275-0100
dwenner@daypitney.com

His Attorneys