

# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

John F. Harkness, Jr.
Executive Director

Joshua E. Doyle
Executive Director Designate

State of Florida  )

County of Leon  )

In Re:  13232
Jose Angel Baez
40 S.W. 13th St., Ste. 901
Miami, FL 33130-4346

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 22, 2005.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 15th day of August, 2017.

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG/SSM:ksm1:R10