**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16 CR 220 (AWT) |
| | : | |
| v. | : | |
| | : | |
| DAVID S. DEMOS | : | October 19, 2017 |
| | : | |

**MOTION TO SEAL PORTIONS OF CORRECTED MEMORANDUM OF LAW
IN SUPPORT OF DAVID DEMOS'S GROUP II MOTIONS TO DISMISS**

For the reasons set forth below, defendant David Demos hereby moves this Court to seal portions of the corrected Memorandum of Law in Support of David Demos's Group II Motions to Dismiss.

1. On January 26, 2017, the parties filed a Joint Motion for Order Re: Protective Order. ECF 26.

2. The Court granted that order on January 27, 2017 (ECF 27) (the "Protective Order").

3. Paragraph 4 of the Protective Order states, "Should Defense Counsel seek to file the Disclosed Documents with the Court at any time, it will do so only (1) under seal or (2) with the express permission of the Government." ECF 27 ¶ 4.

4. This corrected Memorandum quotes directly from some of the Disclosed Documents. To remain in compliance with paragraph 4 and pursuant to D. Conn. L. Cr. R. 57(b)(4)(a), we filed the unredacted copy under seal (ECF 97).

5. Good cause exists to keep the unredacted copy of the corrected Memorandum sealed to allow the defendant the opportunity to use material from the Disclosed Documents in his Memorandum without running afoul of the Protective Order.

6. The Government has no objection.

WHEREFORE, we respectfully request that the Court grant the motion to seal as set forth above.

Respectfully submitted,

DAVID DEMOS

By:     /s/ George J. Leontire

Jose Baez
The Baez Law Firm
40 SW 13th Street, Suite 901
Miami, FL 33130
(305) 999-5111
jose@baezlawfirm.com

George J. Leontire
The Baez Law Firm
66 N. Second Street
New Bedford, MA 02108
(855) 223-9080
george@baezlawfirm.com

Ronald S. Sullivan, Jr.
6 Everett Street
Cambridge, MA 02138
(617) 496-4777
prof.ron.sullivan@gmail.com

Peter A. Chavkin (PHV08660)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
666 Third Avenue
New York, NY 10017
(212) 692-6231
pchavkin@mintz.com

Patrick J. Sharkey (CT00654)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
Boston, MA 02111
(617) 348-1819
pjsharkey@mintz.com

Michael L. Chambers, Jr. (ct28580)
100 Wells Street, Suite 2C
Hartford, Connecticut 06103
(860) 231-9535
chamberslegalservices@gmail.com

His Attorneys