UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:16CR220 (AWT) |
| | : | |
| v. | : | |
| | : | |
| DAVID DEMOS | : | November 27, 2017 |

## MOTION TO MODIFY MODIFIED SCHEDULING ORDER

The Government respectfully moves the Court to modify the February 1, 2017 Scheduling Order [Dkt. #29] to extend the deadline for its witness and exhibit lists by two weeks, from December 1, 2017 to December 15, 2017.

Both counsel for the Government have been preparing for and trying a securities fraud case before Judge Bryant that began on November 13, 2017.  *See United States v. Kosinski*, 3:16CR148 (VLB).  That trial has taken longer than expected, with closing arguments held this morning.  Accordingly, the Government requests an additional two weeks to prepare its witness and exhibit lists, which would still be more than four months before jury selection in this case.

While the defendant objects to the requested extension, if the Court grants this motion, we assume he will seek the same extension for his witness and exhibit lists, to which the Government would have no objection.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

      /s/
_____
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
HEATHER L. CHERRY
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv07037
heather.cherry@usdoj.gov
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

      I hereby certify that on November 27, 2017, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

                                                                                                                              /s/_____
                                                                           JONATHAN N. FRANCIS
                                                                           ASSISTANT UNITED STATES ATTORNEY