UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16-CR-220 (AWT) |
| | : | |
| v. | : | |
| | : | |
| DAVID DEMOS, | : | |
| | : | |
| Defendant. | : | December 15, 2017 |

## MOTION TO EXTEND, BY AGREEMENT OF THE PARTIES, THE PRODUCTION OF MOTION IN LIMINIE FROM JANUARY 5, 2018 TO JANUARY 12, 2018

The parties in the above-entitled matter, United States of America and David Demos, respectfully request this Honorable Court grant a brief extension of the January 5, 2018 production of the motion in liminie **to January 12, 2018**.

In support of the motion the parties state that the short extension sought will not be prejudicial to any party and imposes no burden on the Court or any participant.

Respectfully submitted,

DAVID DEMOS

By: _/s/ George Leontire_

Jose Baez
The Baez Law Firm
40 SW 13th Street, Suite 901
Miami, FL 33130
(305) 999-5111
jose@baezlawfirm.com

1

George Leontire
The Baez Law Firm
66 N. Second Street
New Bedford, MA 02108
(855) 223-9080
george@baezlawfirm.com

Ronald S. Sullivan, Jr.
6 Everett Street
Cambridge, MA 02138
(617) 496-4777
prof.ron.sullivan@gmail.com

Peter A. Chavkin (PHV08660)
Mintz Levin Cohn Ferris Glovsky
and Popeo, P.C.
Chrysler Center
666 Third Avenue
New York, NY 10017
(212) 692-6231
pchavkin@mintz.com

Patrick J. Sharkey (CT00654)
Mintz Levin Cohn Ferris Glovsky
and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1819
pjsharkey@mintz.com

– and –

Michael L. Chambers, Jr. (ct28580)
100 Wells Street, Suite 2C
Hartford, Connecticut 06103
(860) 231-9535
chamberslegalservices@gmail.com

His Attorneys