UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16-CR-220 (AWT) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DAVID DEMOS, | : | |
| | : | |
| Defendant. | : | December 28, 2017 |

**DEFENDANT DEMOS'S MOTION TO DISCLOSE**
**THE GRAND JURY LEGAL INSTRUCTIONS**

Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(C)(ii), and for the reasons set forth in the accompanying memorandum of law, Defendant Demos moves this Honorable Court to order disclosure of the Grand Jury legal instructions, from the December 7, 2016 and March 21, 2017 Grand Jury proceedings.

                                                  Respectfully submitted,

                                                  DAVID DEMOS

                                      By:   */s/ George Leontire*

                                                  Jose Baez
                                                The Baez Law Firm
                                                40 SW 13th Street, Suite 901
                                                Miami, FL 33130
                                                (305) 999-5111
                                                jose@baezlawfirm.com

                                                George Leontire
                                                The Baez Law Firm
                                                66 N. Second Street
                                                New Bedford, MA  02108

(855) 223-9080
george@baezlawfirm.com

Ronald S. Sullivan, Jr.
6 Everett Street
Cambridge, MA 02138
(617) 496-4777
prof.ron.sullivan@gmail.com

Peter A. Chavkin (PHV08660)
Mintz Levin Cohn Ferris Glovsky
and Popeo, P.C.
Chrysler Center
666 Third Avenue
New York, NY 10017
(212) 692-6231
pchavkin@mintz.com

Patrick J. Sharkey (CT00654)
Mintz Levin Cohn Ferris Glovsky
and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1819
pjsharkey@mintz.com

– and –

Michael L. Chambers, Jr. (ct28580)
100 Wells Street, Suite 2C
Hartford, Connecticut 06103
(860) 231-9535
chamberslegalservices@gmail.com

His Attorneys