UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:16CR220 (AWT) |
| | : | |
| v. | : | |
| | : | |
| DAVID DEMOS | : | January 12, 2018 |

**GOVERNMENT'S MOTION IN LIMINE TO
PRECLUDE ARGUMENT THAT THE GOVERNMENT FAILED
TO USE CERTAIN INVESTIGATIVE TECHNIQUES**

The Government respectfully requests that the Court issue an order precluding the defendant David Demos from introducing any evidence or argument concerning the Government's investigative techniques, including the timing of victim interviews.

Juries are routinely and properly instructed that the Government need not use particular investigative techniques to investigate or prove its cases. *See, e.g., United States v. Brand*, 467 F.3d 179, 205-06 (2d Cir. 2006); *United States v. Saldarriaga*, 204 F.3d 50, 52 (2d Cir. 2000). Furthermore, the Government's techniques used in the investigation and prosecution of crimes are irrelevant to the guilt or innocence of the defendant and therefore should not be considered by the jury. *See Saldarriaga*, 204 F.3d at 52-53 ("[T]he failure to utilize some particular technique or techniques does not tend to show that a defendant is not guilty of the crime with which he has been charged."); *United States v. Sanchez Solis*, 882 F.2d 693, 697 (2d Cir. 1989); *United States v. Cheung Kin Ping*, 555 F.2d 1069, 1073-74 (2d Cir. 1977).

While the defense must be permitted to argue that the absence of certain kinds of evidence may support a verdict of not guilty, Demos should not be permitted to argue or suggest to the jury that the Government's choice of investigative techniques—including which witnesses it interviewed and when—is relevant to their verdict. Therefore, the Government respectfully requests that the Court preclude any such argument.

Accordingly, the Court should issue an order precluding Demos from introducing evidence or argument about the Government's investigative techniques.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

     /s/
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
HEATHER L. CHERRY
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv07037
heather.cherry@usdoj.gov
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

        /s/
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY