UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16-CR-220 (AWT) |
| v. | : | |
| DAVID DEMOS, | : | |
| Defendant. | : | January 12, 2018 |

## DEFENDANT DEMOS'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND ARGUMENT RELATED TO UNCHARGED TRADES

Pursuant to Federal Rules of Evidence 401, 403, 404(b), and *United States v. Gonzalez,* and for the reasons set forth in the accompanying memorandum of law, Defendant Demos moves this Honorable Court *in Limine* to preclude the Government from introducing evidence or argument of uncharged trades.

Respectfully submitted,

DAVID DEMOS

By: /s/ *George Leontire*

Jose Baez
The Baez Law Firm
40 SW 13th Street, Suite 901
Miami, FL 33130
(305) 999-5111
jose@baezlawfirm.com

George Leontire
The Baez Law Firm
66 N. Second Street
New Bedford, MA 02108
(855) 223-9080
george@baezlawfirm.com

Ronald S. Sullivan, Jr.
6 Everett Street
Cambridge, MA 02138
(617) 496-4777
prof.ron.sullivan@gmail.com

– and –

Michael L. Chambers, Jr. (ct28580)
100 Wells Street, Suite 2C
Hartford, Connecticut 06103
(860) 231-9535
chamberslegalservices@gmail.com

His Attorneys