UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16-CR-220 (AWT) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DAVID DEMOS, | : | |
| | : | |
| Defendant. | : | January 12, 2018 |

**DEFENDANT DEMOS'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE
AND ARGUMENT REFERRING TO DEMOS AS AN AGENT OR THAT DEMOS HAD
A FIDUCIARY DUTY TO THE COUNTERPARTIES**

Pursuant to Federal Rules of Evidence 401 and 403, and for the reasons set forth in the accompanying memorandum of law, Defendant Demos moves this Honorable Court for an order *in limine* to preclude (1) the Government from using the terms including, but not limited to, "agent," "agency," "middleman," "matchmaker," "broker," and "commission" from which a juror could incorrectly infer that a fiduciary duty existed and order the government to refer to Mr. Demos by his legal title as either a "Principal" or "trader;" (2) the counterparties' from testifying as to their perception of their relationship with Mr. Demos; (3) the Government from eliciting testimony of the witnesses' perception of the relationship between themselves and Mr. Demos; and (4) *any* suggestion by the Government of a fiduciary relationship during the trial, or use of terms or analogies that could convey such an agent or agency relationship to the jury.

Respectfully submitted,

DAVID DEMOS

By:  */s/ George Leontire*

Jose Baez
The Baez Law Firm
40 SW 13th Street, Suite 901
Miami, FL 33130
(305) 999-5111
jose@baezlawfirm.com

George Leontire
The Baez Law Firm
66 N. Second Street
New Bedford, MA  02108
(855) 223-9080
george@baezlawfirm.com

Ronald S. Sullivan, Jr.
6 Everett Street
Cambridge, MA 02138
(617) 496-4777
prof.ron.sullivan@gmail.com

– and –

Michael L. Chambers, Jr. (ct28580)
100 Wells Street, Suite 2C
Hartford, Connecticut 06103
(860) 231-9535
chamberslegalservices@gmail.com

His Attorneys