UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16-CR-220 (AWT) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DAVID DEMOS, | : | |
| | : | |
| Defendant. | : | January 12, 2018 |

**DEFENDANT DEMOS'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE AND REFERENCES TO TARP, PPIP, THE FINANCIAL CRISIS, AND PASSIVE INVESTOR IDENTITY**

Pursuant to Federal Rules of Evidence 401 and 403, Defendant Demos respectfully moves for an order *in limine* to preclude the Government from introducing evidence or making references concerning the following: (1) the United States Government's Troubled Asset Relief Program, including specifically the United States Treasury Department's Public-Private Investment Program ("PPIP"), as well as analogous or equivalent references to the 2007 financial crisis, including investment by the Treasury Department, Government, or taxpayer money in PPIP investment vehicles; and (2) the identities of the underlying passive investors in the funds managed by the counterparty firms.

Respectfully submitted,

DAVID DEMOS

By:  */s/ George Leontire*

Jose Baez
The Baez Law Firm
40 SW 13th Street, Suite 901
Miami, FL 33130
(305) 999-5111
jose@baezlawfirm.com

George Leontire
The Baez Law Firm
66 N. Second Street
New Bedford, MA  02108
(855) 223-9080
george@baezlawfirm.com

Ronald S. Sullivan, Jr.
6 Everett Street
Cambridge, MA 02138
(617) 496-4777
prof.ron.sullivan@gmail.com

– and –

Michael L. Chambers, Jr. (ct28580)
100 Wells Street, Suite 2C
Hartford, Connecticut 06103
(860) 231-9535
chamberslegalservices@gmail.com

His Attorneys