UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16-CR-220 (AWT) |
| | : | |
| v. | : | |
| | : | |
| DAVID DEMOS, | : | |
| | : | |
| Defendant. | : | December 20, 2017 |

## ACCEPTANCE OF THE SERVICE OF DEFENDANT DEMOS'S EARLY RETURN SUBPOENA *DUCES TECUM* PURSUANT TO RULE 17(C)(1)

In response to your request to accept service of the subpoena *duces tecum*, granted by the Honorable Judge Alvin Thompson, of the Federal District Court for the District of Connecticut, on December 14, 2017, **Ellington Financial, L.L.C.,** hereby agrees to accept service of the subpoena by and through its undersigned counsel.

Date: 12/20/17

_____
(Signature)

DANIEL MARGOLIS
(Printed Name)

GENERAL COUNSEL
(Title and/or Position)