UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 3:16CR220 (AWT) |
| v. | |
| DAVID DEMOS | February 2, 2018 |

## **STIPULATON**

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America and David S. Demos through their undersigned counsel, that:

1. Neither party will offer evidence or make argument at trial concerning plea or settlement negotiations between David Demos and either the Government or the Securities and Exchange Commission.

2. Mr. Demos will not seek to introduce Defense Exhibits 7, 8, 9, 10, 11, 12 or 14 from his December 15, 2017 exhibit list.

JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
Heather L. Cherry
Jonathan N. Francis
ASSISTANT UNITED STATES
ATTORNEYS

COUNSEL FOR DAVID S. DEMOS

_____
George J. Leontire
Jose Baez
Ronald S. Sullivan, Jr.
Michael L. Chambers, Jr.
THE BAEZ LAW FIRM

Dated this 2nd day of February, 2018