UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16-CR-220 (AWT) |
| v. | : | |
| DAVID DEMOS, | : | |
| Defendant. | : | March 5, 2018 |

## MOTION TO COMPEL DISCOVERY AND *BRADY* MATERIALS

Defendant Demos respectfully moves to compel the Government to produce evidence obtained during the investigation of Cantor and Mr. Demos, in accordance with *Brady v. Maryland*, 373 U.S. 83 (1963), *Kyles v. Whitley*, 514 U.S. 419 (1995), their progeny, the Fifth and Sixth Amendments to the United States Constitution, the Federal Rules of Criminal Procedure, District of Connecticut Local Rules, and the US Attorneys' Manual.

Respectfully submitted,

DAVID DEMOS

By: */s/ George Leontire*

Jose Baez
The Baez Law Firm
40 SW 13th Street, Suite 901
Miami, FL 33130
(305) 999-5111
jose@baezlawfirm.com

George Leontire
The Baez Law Firm
66 N. Second Street
New Bedford, MA 02108
(855) 223-9080
george@baezlawfirm.com

Felicia L. Carboni (phv09485)
The Baez Law Firm
66 N. Second Street
New Bedford, MA  02108
(855) 223-9080
felicia@baezlawfirm.com

Ronald S. Sullivan, Jr.
6 Everett Street
Cambridge, MA 02138
(617) 496-4777
prof.ron.sullivan@gmail.com

– and –

Michael L. Chambers, Jr. (ct28580)
100 Wells Street, Suite 2C
Hartford, Connecticut 06103
(860) 231-9535
chamberslegalservices@gmail.com

His Attorneys