UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16-CR-220 (AWT) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DAVID DEMOS, | : | |
| | : | |
| Defendant. | : | March 5, 2018 |

## DEFENDANT'S PROPOSED VOIR DIRE

*DEFENDANT'S LAWYERS*

Jose Baez
The Baez Law Firm
40 SW 13th Street, Suite 901
Miami, FL 33130
(305) 999-5111
jose@baezlawfirm.com

George Leontire
The Baez Law Firm
66 N. Second Street
New Bedford, MA  02108
(855) 223-9080
george@baezlawfirm.com

Ronald S. Sullivan, Jr.
6 Everett Street
Cambridge, MA 02138
(617) 496-4777
prof.ron.sullivan@gmail.com

– and –

Michael L. Chambers, Jr. (ct28580)
100 Wells Street, Suite 2C
Hartford, Connecticut 06103
(860) 231-9535
chamberslegalservices@gmail.com

Defendant David Demos, by and through his attorneys and pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, respectfully requests the Court to put the following questions to prospective jurors in the trial of the above-captioned matter.

## OVERVIEW OF THE CASE

As a brief summary of the case, under an indictment in this District, David Demos is charged with making material misrepresentations in connection with six trades in the market for non-agency residential mortgage-backed securities, known as non-agency RMBS bonds. Mr. Demos worked for a firm called Cantor Fitzgerald. Mr. Demos denies the charges against him. The Government has the burden of proving guilt beyond a reasonable doubt. Mr. Demos has pleaded not guilty, and under the law he has a right not to testify, introduce evidence, or prove his innocence. He is presumed to be innocent, and the jury must find him not guilty unless the Government can prove otherwise beyond a reasonable doubt.

## KNOWLEDGE OF DEFENDANT, WITNESSES, AND LAWYERS

1. Prior to arriving in the courtroom today, had you heard or read anything about this case?

2. Have you heard or read anything about David Demos, or after having seen him now, do you recognize him?

3. I will read a list of the court staff, lawyers, law firms, and potential witnesses in this case [List to be provided at the beginning of trial.] Are you familiar or have you had any social or business dealings with any of the court staff here present, lawyers, law firms, or potential witnesses in this case?

a. If yes, please explain.  Is there anything about your familiarity or these dealings that could affect your ability to be a completely fair and impartial juror in this case?

4. Are you familiar or have you had any social or business dealings with any of your fellow prospective jurors?

a. If yes, please explain.  Is there anything about your familiarity or these dealings that could affect your ability to be a completely fair and impartial juror in this case?

5. Do you have any difficulty reading, speaking or understanding the English language?

## PERSONAL BACKGROUND

6. Have you ever purchased a car?

7. Please name one person not related to you whom you admire.

8. What was the last book you read or audiobook you listed to?

9. Do you watch television shows regularly, if so, what are your three favorite shows?

10. Have you, or anyone you know, ever worked in any of the following agencies or departments:

- U.S. Attorney's Office
- District Attorney or Prosecutor's Office
- U.S. Department of Justice
- Courts/Judicial System (local, state or federal)
- Federal Bureau of Investigation (FBI)
- Sheriff's Department
- Police Department
- State Police/State Troopers
- Securities and Exchange Commission (SEC)
- Drug Enforcement Administration (DEA)
- United States Postal Inspection Service
- Department of Homeland Security
- Internal Revenue Service (IRS)
- Special Inspector General for the Troubled Asset Relief Program (SIGTARP)

11.   Have you ever been a victim of a violent crime, whether it was reported to law enforcement or not?

   a.   If yes, please explain. [You may do so in private with the Court and with counsel present.] Is there anything about that experience that might impact your ability to be a completely fair and impartial juror in this case? If yes, please explain.

12.   Have you ever been a victim of a financial crime, whether it was reported to law enforcement or not?

   a.   If yes, please explain. [You may do so in private with the Court and with counsel present.] Is there anything about that experience that might impact your ability to be a completely fair and impartial juror in this case? If yes, please explain.

13.   Do you belong to any organizations – for example, social, religious, or professional – whether or not organized around particular issues related to social services or politics?

   a.   If yes, what organizations do you belong to? Do you hold a leadership role in any of these organizations?

14.   Do you have any strongly held beliefs or opinions about the criminal justice system?

   a.   If yes, please explain. Will your opinion make it difficult for you to serve as a completely fair and impartial juror in this case?

   b.   Do you have any opinions about criminal defense attorneys that would affect your ability to serve as a completely fair and impartial juror in this case?

   c.   Do you have any opinions about prosecutors that would affect your ability to serve as a completely fair and impartial juror in this case?

d.      Do you have any opinions about people who have been charged with a crime that would affect your ability to serve as a completely fair and impartial juror in this case?

## WILLINGNESS TO APPLY THE LAW

15.     The defendant is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence presented in court, decides that his guilt has been proven beyond a reasonable doubt.  The burden of proving guilt beyond a reasonable doubt rests entirely with the Government.  The defendant has no burden of proof whatsoever and no burden to present a case.  Do you accept, without reservation, that the defendant does not have to prove his innocence and that the Government has the sole and exclusive burden of proof in a criminal trial?  If you have any hesitation in accepting this rule of law and holding the Government to the "beyond a reasonable doubt" standard, it is your duty to say so.

16.     Do you think that you can fairly apply the "beyond a reasonable doubt" standard?  Put another way, would you vote to find a defendant not guilty if the Government did not prove his guilt beyond a reasonable doubt?

17.     Do you think that you can fairly apply the "beyond a reasonable doubt" standard the way I have just instructed you and the way you would want it applied if you yourself or a close relative or friend were charged by the Government with the commission of a crime?

18.     Do you think you can fairly apply the Government's burden of proof, meaning that the burden is on the Government to prove all claims beyond a reasonable doubt and never on the defendant to offer proof of his innocence?

19.   The prosecution presents its case before the defendant can present his case, if any.  As you will be asked to do, will you keep an open mind and not make any decisions or form any opinions until after all the evidence has been presented?

20.   Under our law, the defendant has the right to decide whether or not to present evidence because the defendant has no burden of proof at all and is presumed innocent.  The reason for this rule is that all persons who are accused are presumed to be innocent, and by their plea of not guilty, they have stated to you that they are not guilty.  It is the prosecutor who must, if he or she can, establish by evidence that the defendant, is guilty beyond a reasonable doubt.  Do you believe you would have difficulty accepting and following that rule?

21.   According to the United States Constitution, a defendant has the absolute right not to testify on his own behalf, and the jury is not to consider his choice not to testify in any way in deciding whether the defendant is guilty as charged.  Is there anyone here who cannot follow that rule of law?  If the defendant elects not to testify or not to present any evidence, you must not draw any inferences against him based on that decision.  Do you understand that the defendant's decision not to testify must not enter into your deliberations?

22.   Under our legal system, the facts are for the jury to determine, and the law is for the court to determine.  These two areas are separate and distinct.  At the end of the case, the court will instruct you as to what the law is.  You are required to accept the law as it is explained to you.  It will be your job to determine what the facts are in accordance with the law that is applicable, as the court explains it.  Do you think that you will be able to accept the law as the Judge explains it, even if you disagree with it?

23.   As you have heard, the Government has alleged that Mr. Demos made certain materially false statements. The prosecution may present evidence that Mr. Demos made false or misleading statements during negotiations to buy or sell certain non-agency RMBS bonds. At the end of the case, as part of my instructions, I will explain to you that not every false or misleading statement is a crime. Each of the crimes charged will require the prosecution to prove beyond a reasonable doubt the materiality of certain statements identified in the indictment. Will you be able to accept and follow my instructions that false or misleading statements must be proven to be material beyond a reasonable doubt?

## WILLINGNESS TO DELIBERATE PROPERLY

24.   Do you understand that if you are selected to serve, you must deliberate on each charge pending against Mr. Demos and return a verdict on each charge?

25.   Do you have any concerns at all about your ability to follow the instruction that if a fact or piece of evidence or testimony is capable of two reasonable interpretations – one that is consistent with guilt and one that is consistent with innocence – you must interpret it in favor of innocence?

26.   If, at the conclusion of the case, you are convinced that the defendant may have committed some crime, but you are not convinced beyond a reasonable doubt that he is guilty of the precise charged crime on which you are sitting in judgment, would you hesitate to find him not guilty as charged?

27.   If you are selected as a Juror and you are deliberating and there is a dispute as to what the law is on a particular point, would you feel comfortable asking that a note be sent to the Judge for further instruction?

28.     If you are selected as a Juror and you are deliberating and one of your fellow Jurors is not following the law, would you feel comfortable telling that fellow Juror that the case can only be decided based on the facts as applied under the law as the Judge has explained it?

29.     If 11 other Jurors held the view opposite your own, would you change your vote simply to get the matter over with or do you understand that deliberations require you to vote your conscience and that, unless in good conscience the 11 other persuade you, the law requires you to hold your positions?

### OTHER FEELINGS THAT WOULD PREVENT IMPARTIALITY

30.     What is your impression of people who work on Wall Street?   Positive, neutral, or negative?  Can you fairly decide a case involving trading by employees of a Wall Street firm?  Why?

31.     Do you read any financial periodicals, such as Barron's, The Wall Street Journal, Forbes, or the financial sections of any newspapers, or any financial blogs?  If so, which ones?

### FINAL QUESTIONS

32.     Have you formed an opinion about this case, or are you leaning in favor of one side, based on what you have heard in this courtroom today, before hearing any of the evidence?

33.     Do you have any ethical, cultural, religious, political, or other beliefs that may prevent you from serving as a completely fair and impartial Juror in this case – that you haven't already told us about?

34.     Is there anything I failed to learn about you that might influence your ability to be a completely fair and impartial Juror?

Respectfully submitted,

DAVID DEMOS


By:  */s/ George Leontire*

Jose Baez
The Baez Law Firm
40 SW 13th Street, Suite 901
Miami, FL 33130
(305) 999-5111
jose@baezlawfirm.com

George J. Leontire
The Baez Law Firm
66 N. Second Street
New Bedford, MA  02108
(855) 223-9080
george@baezlawfirm.com

Felicia L. Carboni (phv09485)
The Baez Law Firm
66 N. Second Street
New Bedford, MA  02108
(855) 223-9080
felicia@baezlawfirm.com

Ronald S. Sullivan, Jr.
6 Everett Street
Cambridge, MA 02138
(617) 496-4777
prof.ron.sullivan@gmail.com

– and –

Michael L. Chambers, Jr. (ct28580)
100 Wells Street, Suite 2C
Hartford, Connecticut 06103
(860) 231-9535
chamberslegalservices@gmail.com

His Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2018 a copy of the foregoing *Defendant's Proposed Voir Dire* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: March 5, 2018

/s/ George Leontire
George J. Leontire, Esq.
The Baez Law Firm
66 N. Second Street
New Bedford, MA  02108
(855) 223-9080
george@baezlawfirm.com