UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16-CR-220 (AWT) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DAVID DEMOS, | : | |
| | : | |
| Defendant. | : | March 9, 2018 |

### DEFENDANT DEMOS'S MOTION FOR PRE-TRIAL RETURN OF DOCUMENTS UNDER RULE 17(C)(1) TO INTEX

Pursuant to Federal Rule of Criminal Procedure 17(c)(1) and for the reasons set forth in the accompanying memorandum of law, Mr. Demos moves this Court for an order directing service of a subpoena *duces tecum,* attached as **Exhibit A**, returnable to undersigned counsel on March 22, 2018. The proposed party to be served is Intex Solutions, Inc. ("Intex).

Respectfully submitted,

DAVID DEMOS

By:   */s/ George Leontire*

Jose Baez
The Baez Law Firm
40 SW 13th Street, Suite 901
Miami, FL 33130
(305) 999-5111
jose@baezlawfirm.com

George Leontire
The Baez Law Firm
66 N. Second Street
New Bedford, MA  02108
(855) 223-9080
george@baezlawfirm.com

Felicia L. Carboni (phv09485)
The Baez Law Firm

-2-

        66 N. Second Street  
        New Bedford, MA  02108  
        (855) 223-9080  
        felicia@baezlawfirm.com  

        Ronald S. Sullivan, Jr.  
        6 Everett Street  
        Cambridge, MA 02138  
        (617) 496-4777  
        prof.ron.sullivan@gmail.com  

        – and –  

        Michael L. Chambers, Jr. (ct28580)  
        100 Wells Street, Suite 2C  
        Hartford, Connecticut 06103  
        (860) 231-9535  
        chamberslegalservices@gmail.com  

        His Attorneys

-3-

## CERTIFICATION OF SERVICE

      I hereby certify that on this date a copy of the foregoing **Motion for Pre-Trial Return Of Documents Under Rule 17(c)(1) to Intex** will be filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

                                        */s/ George Leontire*
                                        George Leontire