Criminal Std (6/13/2012)

HONORABLE: Alvin W. Thompson
DEPUTY CLERK L. S. Ferguson       RPTR/ECRO/TAPE C. Thompson
USPO _____             INTERPRETER _____

TOTAL TIME: 5 hours 29 minutes

DATE: Mar 12, 2018   START TIME: 9:15 am   END TIME: 3:37 pm

**COURTROOM MINUTES** 12:23 pm to 1:16 pm Recess

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☐ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☐ STATUS CONF
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☒ MOTION HRG

CRIMINAL NO. 3:16-cr-00220-AWT   DEFT # 1

**UNITED STATES OF AMERICA**
vs
**DAVID DEMOS**

Heather L. Cherry, Jonathan N. Francis
AUSA

Leontire, Baez, Sharkey, Sullivan, Chambers, Carboni
Counsel for Defendant Ret ☒ CJA ☐ PDA ☐

---

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ...... ☐ Arrest Date (CT Case): ____ ☐ Case unsealed or ☐ Rule 5 arrest, ____ Dist of ____
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☐ ...... Court appoints Attorney ____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ...... Appearance of ____ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of ____ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ ...... Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) ____ of the ____ (indict, superseding indict, info)
- ☐ ...... Petition to Enter Guilty Plea filed
- ☐ ...... Defendant motions due ____ ; Government responses due ____
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....... Hearing on Pending Motions scheduled for ____ at ____
- ☐ ...... Jury Selection set for ____ at ____
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☐ ...... Sentencing set for ____ at ____ ☐ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $____ on count(s) ____. Total $____ ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of ____
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Bond ☐ set at $____ ☐ reduced to $____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ ...... Defendant detained
- ☐ ...... ____ Hearing ☐ waived ☐ set for ____ ☐ continued until ____
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☐ conditions of bond ☒ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ....... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ....... _____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____ ☐ granted ☐ denied ☐ advisement
☒ ..... Oral Argument re: Motions (Doc. Nos. 151, 143, 155, 147, 140, 137, 138, 139, 141, 153, 157, 145, 135, 149, 132, 134, 136, 225, 236, 239). ☐ filed ☐ granted ☐ denied ☒ advisement
☐ ..... Court will enter Orders on the Deft's and Govt's motions. ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____ ☐ filed ☐ granted ☐ denied ☐ advisement