UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------- x
                                :
UNITED STATES OF AMERICA        :
                                :
                                :
v.                              :     No. 3:16-cr-220(AWT)
                                :
                                :
DAVID DEMOS                     :
                                :
------------------------------- x

**RULING ON GOVERNMENT'S MOTION IN LIMINE (DOC. NO. 134)**
**(Investigative Techniques)**

For the reasons set forth below, Government's Motion in Limine to Preclude Argument that the Government Failed to Use Certain Investigative Techniques (Doc. No. 134) is hereby DENIED.

The government seeks an order "precluding the defendant David Demos from introducing any evidence or argument concerning the Government's investigative techniques, including the timing of victim interviews." Gov.'s Motion in Limine ("Gov.'s Mot.") (Doc. No. 134) at 1. The court agrees with the defendant that, as worded, the relief sought by the government is overly broad and would preclude the defendant from raising legitimate issues in his defense, including, without limitation, the absence of evidence and the credibility and bias of government witnesses. These types of issues are routinely raised in criminal cases.

1

Also, what the government may view as an improper attempt to "put its investigation on trial," Gov.'s Reply Memorandum (Doc. No. 203) at 1, the defense may contend is a comment on the absence of evidence or a challenge to the credibility or bias of a government witness. The court cannot anticipate with any reasonable degree of certainty what scenarios will arise during the trial, and the court's ruling will necessarily depend on the specific circumstances of any scenario that arises, including whether a limiting instruction is the appropriate relief.

It is so ordered.

Signed this 20th day of March, 2018, at Hartford, Connecticut.

                                        /s/ AWT
                                      Alvin W. Thompson
                                      United States District Judge