UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------- x
                                :
UNITED STATES OF AMERICA        :
                                :
                                :
v.                              :    No. 3:16-cr-220(AWT)
                                :
                                :
DAVID DEMOS                     :
                                :
------------------------------- x

## ORDER RE GOVERNMENT'S MOTION IN LIMINE (DOC. NO. 135)
(Exercise of Prosecutorial Discretion)

For the reasons set forth below, Government's Motion in Limine to Preclude Evidence or Argument Concerning Exercise of Prosecutorial Discretion (Doc. No. 135) is hereby GRANTED.

The parties agree that selective prosecution is a defense based on "defects in instituting the prosecution," and must be made by motion before trial. See United States v. Sun Myung Moon, 718 F.2d 1210, 1229 (2d Cir. 1983) ("[A] defendant who advances a claim of selective prosecution must do so in pretrial proceedings."); United States v. Regan, 103 F.3d 1072, 1082 (2d Cir. 1997) ("[T]he selective prosecution defense is an issue for the court rather than the jury.").

Also, the government concedes that the fact that there had been criminal charges prior to the indictment in United States v. Litvak, 3:13-cr-00019 (JCH), may be relevant to Demos's intent. See Gov.'s Reply Memorandum (Doc. No. 204) at n.2.

1

**<u>Evidence that Others Have Never Been Disciplined</u>**

In its reply memorandum, the government notes that the defendant made reference in his opposition to "evidence relating to the fact that others[s] . . . had never been disciplined," and requests "notice of what evidence the defendant seeks to admit and opportunity to object outside the presence of the jury." Government's Reply Memorandum (Doc. No. 204) at 2 n.3 (alterations and omissions in original). Based on the discussion at oral argument, the defendant will give the court and the government the required prior notice before seeking to admit any such evidence, **provided that this requirement does not apply to attacking a witness for bias on cross-examination**.

It is so ordered.

Signed this 20th day of March, 2018, at Hartford, Connecticut.

                                        /s/ AWT
                                        Alvin W. Thompson
                                        United States District Judge