```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

-------------------------------- x
                                 :
UNITED STATES OF AMERICA         :
                                 :
                                 :
v.                               :       No. 3:16-cr-220(AWT)
                                 :
                                 :
DAVID DEMOS                      :
                                 :
-------------------------------- x
```

**ORDER RE GOVERNMENT'S MOTION IN LIMINE (DOC. NO. 136)**
**(Absence of Criminal Activity in "Uncharged Transactions")**

For the reasons set forth below, Government's Motion in Limine to Preclude Evidence and Argument Suggesting the Absence of Criminal Activity in Uncharged Transactions (Doc. No. 136) is hereby GRANTED in part.

The government's motion is **granted** to the extent it seeks to preclude the defendant from offering evidence to show the absence of alleged criminal activity in transactions other than those charged or listed on the government's exhibit list (see Fed. R. Evid. 401) or to prove his good character (see Fed. R. Evid. 405(a) and 404(b)). **Subject to the caveat discussed below,** the defendant states that he "has no intention of offering evidence for the purpose of either showing lack of alleged criminal activity in uncharged transactions or to prove his good character." Defendant's Opposition Memorandum (Doc. No. 193) at 1.

1

The court notes, however, that the government does not dispute that the defendant can introduce evidence that he did thousands of trades each year.

As to the caveat, the defendant has reserved the right to offer evidence about uncharged transactions to rebut any assertions by the government that:

(1) trades other than those charged or listed on the government's exhibit list were tainted by criminal conduct;

(2) the defendant's trades were indicative of his <u>modus operandi</u>; or

(3) the defendant always or continually traded in the manner alleged by the government to be fraudulent.

If the defendant concludes that the government has "opened the door" by making any of these assertions, he must notify the court prior to introducing any such evidence in response.

It is so ordered.

Signed this 20th day of March, 2018, at Hartford, Connecticut.

                                                  /s/ AWT
                                       Alvin W. Thompson
                                       United States District Judge