```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF CONNECTICUT


-------------------------------- x
                                 :
UNITED STATES OF AMERICA         :
                                 :
                                 :
v.                               :    No. 3:16-cr-220(AWT)
                                 :
                                 :
DAVID DEMOS                      :
                                 :
-------------------------------- x
```

### RULING ON DEFENDANT'S MOTION IN LIMINE (DOC. NO. 153)
**(References to _Litvak_ or _Gramins_)**

For the reasons set forth below, Defendant Demos's Motion in Limine to Preclude the Government from Introducing Evidence, Eliciting Testimony, or Otherwise Referencing the Indictment, Trial, and Conviction of Jesse Litvak or Michael Gramins (Doc. No. 153) is hereby DENIED as moot. The government has represented that it will not offer evidence or argument concerning the fact of Litvak or Gramin's indictment, trial, or conviction unless it believes that the defense has opened the door to such evidence or argument. If the government concludes that the defense has opened the door to such evidence or argument, it will notify the court immediately so the defense can be heard and the court can make a ruling as to whether such evidence or argument can be put before the jury. Therefore, the instant motion is moot.

It is so ordered.

Signed this 20th day of March, 2018, at Hartford, Connecticut.

                                         /s/ AWT
                               Alvin W. Thompson
                               United States District Judge