```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

-------------------------------- x
                                 :
UNITED STATES OF AMERICA         :
                                 :
                                 :
v.                               :        No. 3:16-cr-220(AWT)
                                 :
                                 :
DAVID DEMOS                      :
                                 :
-------------------------------- x
```

### RULING ON DEFENDANT'S MOTION IN LIMINE (DOC. NO. 157)
### (Resignation from Cantor)

For the reasons set forth below, Defendant Demos's Motion <u>in Limine</u> to Preclude the Government from Introducing Evidence or Argument Referencing His Resignation from Cantor (Doc. No. 157) is hereby DENIED as moot.

The defendant moves to preclude the government from introducing "evidence or argument referencing Mr. Demos's resignation from Cantor Fitzgerald . . . as a 'termination' . . . ." Defendant's Memorandum of Law (Doc. No. 158) at 1. The government has stated that "it intends to limit its case-in-chief evidence on the subject to the fact that, as of February 2013, Demos was no longer employed by Cantor." Government's Response to Def.'s Motion (Doc. No. 181) at 1.

As discussed at oral argument, the court has concluded that a statement to the effect that, as of February 2013, Demos was no longer employed by Cantor and that his leaving of Cantor was

unrelated to the government's allegations in this case, would make it clear to jurors that they should not speculate that Cantor thought the defendant's trades were improper or illegal and, as a result, terminated his employment.

    It is so ordered.

    Signed this 20th day of March, 2018, at Hartford, Connecticut.

                                             /s/ AWT
                                    Alvin W. Thompson
                                    United States District Judge