Criminal Std (6/13/2012)

HONORABLE: Alvin W. Thompson
DEPUTY CLERK: L. S. Ferguson   RPTR/ECRO/TAPE: C. Thompson
USPO: ___   INTERPRETER: ___

TOTAL TIME: 2 hours 33 minutes

DATE: Apr 4, 2018   START TIME: 10:04 am   END TIME: 12:37 pm

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☐ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☒ STATUS CONF
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☒ MOTION HRG

Pretrial Conference

CRIMINAL NO. 3:16-cr-00220-AWT   DEFT # 1

UNITED STATES OF AMERICA
vs
DAVID DEMOS

AUSA: Jonathan N. Francis, Heather L. Cherry

Counsel for Defendant: Jose Baez, George Leontire, Ronald S. Sullivan
Ret ☒   CJA ☐   PDA ☐

- ☐ ....... Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ...... ☐ Arrest Date (CT Case): ___ ☐ Case unsealed or ☐ Rule 5 arrest, ___ Dist of ___
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☐ ...... Court appoints Attorney ___ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ...... Appearance of ___ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of ___ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ ...... Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) ___ of the ___ (indict, superseding indict, info)
- ☐ ...... Petition to Enter Guilty Plea filed
- ☐ ...... Defendant motions due ___ ; Government responses due ___
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ ....... Hearing on Pending Motions scheduled for ___ at ___
- ☐ ...... Jury Selection set for ___ at ___
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☐ ...... Sentencing set for ___ at ___ ☐ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $___ on count(s) ___ . Total $ ___ ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of ___
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Bond ☐ set at $___ ☐ reduced to $___ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ ...... Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ ...... Defendant detained
- ☐ ...... ___ Hearing ☐ waived ☐ set for ___ ☐ continued until ___
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for   ☐ conditions of bond   ☒ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

| | | |
|---|---|---|
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☒ ..... #225 Deft _____ Motion to Compel Discovery & Brady Materials | ☐ granted ☒ denied as moot ☐ advisement |
| ☐ ..... # ___ Deft _____ Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ___ Govt Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ___ Govt Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☒ ..... #43, #58, #72, #127, #248, #277 - Motions discussed | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☒ ..... Attorney Ronald S. Sullivan, Jr. to update his appearance and contact info on the Docket. | ☐ filed ☐ granted ☐ denied ☐ advisement |
| ☒ ..... The Court terminated the appearances of Attorneys Peter Chavkin and Patrick Sharkey. | ☐ filed ☐ granted ☐ denied ☐ advisement |
| | ☐ filed ☐ granted ☐ denied ☐ advisement |