Crim-Trial (2/5/2010)

HONORABLE: Alvin W. Thompson
DEPUTY CLERK: L. S. Ferguson   RPTR/ECRO/TAPE: C. Thompson
TOTAL TIME: 6 hours 53 minutes   USPO _____   INTERPRETER _____
DATE: 4/17/18   START TIME: 9:00 am   END TIME: 4:30 pm
LUNCH RECESS   FROM: 2:00 pm   TO: 2:37 pm
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CRIMINAL NO. 3:16-cr-00220-AWT   Deft # 1

UNITED STATES OF AMERICA
vs
DAVID DEMOS

G. Leontire, J. Baez, R. Sullivan, Jr., Spiro, Chambers
AUSA

Jonathan N. Francis, Heather L. Cherry
Defendant's Counsel

## CRIMINAL JURY SELECTION/CALENDAR CALL

- ☐ Deft _____ failed to appear. Bench Warrant to be issued.
- ☐ ☐ Call of the Calendar held ☐ Call of the Calendar over to _____
- ☒ ☒ Jury Selection held ☐ Jury Selection continued until _____
- ☐ Grand Jury Selection : GJ # _____ Foreperson: _____ Deputy FP _____
- ☐....# ___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐....# ___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐....# ___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
- ☐....# ___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐....# ___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ Oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ Oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☒ 109 jurors present
- ☒ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
- ☐ Voir Dire by Court
- ☒ Peremptory challenges exercised
- ☒ Jury of 12 and 4 alternates drawn ☐ and sworn ☐ Jury Trial commences
- ☒ Remaining jurors excused
- ☒ Trial continued until 4/23/18 at 9:30 am
- ☒ COPY TO: JURY CLERK with juror lists