UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:16-CR-220 (AWT) |
| | : | |
| v. | : | |
| | : | |
| DAVID DEMOS, | : | |
| | : | |
| Defendant. | : | DATE: April 19, 2018 |

**MOTION TO WITHDRAW WITHOUT PREJUDICE
DEFENDANT'S MOTION TO COMPEL DISCOVERY AND BRADY MATERIALS
DOCUMENT NUMBER 292**

Defendant Demos respectfully moves to withdraw without prejudice his Motion to Compel docketed at 292.

Respectfully submitted,

DAVID DEMOS

By: _/s/ George Leontire_
George Leontire
Leontire & Associates, P.C.
66 N. Second Street
New Bedford, MA 02108
(855) 223-9080
george@leontirelaw.com

Felicia L. Carboni (phv09485)
Leontire & Associates, P.C.
66 N. Second Street
New Bedford, MA 02108
(855) 223-9080
felicia@leontirelaw.com

Jose Baez
The Baez Law Firm

1

40 SW 13th Street, Suite 901
Miami, FL 33130
(305) 999-5111
jose@baezlawfirm.com

Ronald S. Sullivan, Jr.
6 Everett Street
Cambridge, MA 02138
(617) 496-4777
prof.ron.sullivan@gmail.com

– and –

Michael L. Chambers, Jr. (ct28580)
100 Wells Street, Suite 2C
Hartford, Connecticut 06103
(860) 231-9535
chamberslegalservices@gmail.com

His Attorneys

## CERTIFICATION OF SERVICE

    I hereby certify that on this date a copy of the foregoing **Motion to Withdraw Without Prejudice Defendant's Motion to Compel Discovery and Brady Materials Document Number 292** will be filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

                                                      */s/ George Leontire*
                                                      George Leontire