```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

-------------------------------- x
                                 :
UNITED STATES OF AMERICA         :
                                 :
                                 :
v.                               :     No. 3:16-cr-220(AWT)
                                 :
                                 :
DAVID DEMOS                      :
                                 :
-------------------------------- x
```

**ORDER RE DEFENDANT'S MOTION FOR**
**PRELIMINARY INSTRUCTION (DOC. NO. 305)**

Defendant Demos's Motion for Preliminary Instruction to Jury Before Trial (Doc. No. 305) is hereby DENIED.

On April 11, 2018, the court distributed to counsel a draft of the preliminary instructions to the jury. On Tuesday, April 17, 2018, both sides indicated that they had no requests for changes or additions. Had the instant request been made at or prior to that time, the court would have discussed with counsel including in the preliminary instructions a section on the elements of the offense.

However, any such addition would not have been in the form of the language now being requested by the defendant. The court shares the government's concerns about that language, standing alone, <u>i.e.</u>, that it is inappropriate at this time to instruct the jury about just one element of the offense, that, standing alone, this sentence could mislead the jury and telling the jury

1

that more is required without specifying what that is would be confusing to the jury.  Moreover, standing alone, the requested instruction is unbalanced and, as the court noted in the ruling from which the defendant quotes, care must be taken so as to not mislead the jury as to the elements of the offense as charged here.

    It is so ordered.

    Signed this 22nd day of April, 2018, at Hartford, Connecticut.

                                               /s/ AWT
                                     Alvin W. Thompson
                                     United States District Judge