UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:16CR20(AWT) |
| | : | |
| v. | : | |
| | : | |
| DAVID DEMOS | : | April 22, 2018 |

**GOVERNMENT'S NOTICE OF
OBJECTIONS TO CERTAIN DEFENSE EXHIBITS**

The Government respectfully submits this notice and the attached chart denoting its preliminary objections to certain of the defendant's exhibits.

The Government received the latest version of the defendant's exhibit list—containing 470 exhibits—on April 20, 2018. The Government's currently objects under Federal Rules of Evidence 401 and 403 because the relevance of certain exhibits is not apparent. If the defendant intends to offer any of these exhibits, described generally below, the Government respectfully requests that he be required to proffer as to their relevance outside the presence of the jury so that the Court can hear and rule on an remaining objections.

- Cantor's Large Price Difference Trades: DX1, 15-82, 95, 106-120, 123-155, 170-175. These 124 exhibits are emails of Cantor Fitzgerald spreadsheets reporting trades where the buy-sell spread exceeded 3%. Most of the bonds on these spreadsheets have no relation to the trades at issue at trial, and many post-date the defendant's departure from Cantor in February 2013. For instance, DX107-120 and DX123-140 are all dated March 5, 2014.

- Documents, including Bloomberg chats and trade tickets, dated before or after the time period of the Superseding Indictment, including: DX164-165, 231, 232, 252, 328, 383-395, and 423-449.

- Documents, including Bloomberg chats and messages, dated during the time period of the Superseding Indictment, which Demos is not a recipient of or contributor to, such as DX156-161, 167, 169, 229, 233, 237, 255, 262, 273, 298, 413, and 422.

- Documents, including Bloomberg chats, Bloomberg messages and trade tickets, dated during the time period of the Superseding Indictment, which Demos is a contributor or recipient, but do not discuss the trades charged in Superseding

   Indictment or the 404(b) trades, including: DX10, 14, 192-193, 210, 220, 221, 226, 239, 240, 249, 251, 268, 300, 301, 304, 305, 350, 371, 398, and 415.

- Internal Cantor emails discussing matters unrelated to trades, including: DX85, 90, 92, 93, 99-102, 105, 228, 234-236, 244, 248, 299, 382, 399-408, 412 and 414.

- Additional documents including:

    o   DX176: "George Smith Termination Memo" (containing what appears to be an entire personnel file)

    o   DX245: "CDMR Estimate"

    o   DX250: U.S. Department of Treasury Notification Letter to Marathon

    o   DX279-286: Department of Justice Press Releases (post-indictment period civil settlements with major banks over financial crisis era claims)

    o   DX287: November 2016 FINRA Report (48-pages summarizing disciplinary actions for all types of misconduct)

    o   DX288: March 2014 SEC Press Release (concerning Jefferies settlement)

    o   DX289-294: Various SEC Orders (dated 2016-2018, concerning misconduct at other RMBS and CMBS broker-dealers)

    o   DX370 & DX420: December 2015 FINRA Letter (duplicates, concerning misconduct by personnel in Cantor's equity department)

    o   DX373: May 2015 Letter re: FINRA (response to request for information concerning various Cantor employees)

    o   DX416: December 2009 FINRA letter (responding to comments to proposed regulation governing reporting of asset-backed securities trades)

    o   DX417: March 2010 SEC TRACE Notice (from Federal Register, concerning proposed rule change)

    o   DX418: October 2012 TRACE Regulatory Notice (requesting comment regarding reporting of asset-backed securities trades)

    o   DX421: March 1994 SEC Release No 33743 (concerning proposed rule-making governing disclosure of broker-dealer markups)

    o   DX451: "Cantor Investor List" (actually a generic list of Ellington's investors)

In addition, the Government notes that DX376 is four emails that appear to be from the

- 3 -

defendant's personal Gmail account; these documents are not relevant, but also would need to be authenticated before they can be admitted.

                                              Respectfully submitted,

                                              JOHN H. DURHAM
                                              UNITED STATES ATTORNEY

                                                   /s/
                                              HEATHER L. CHERRY
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Federal Bar No. phv07037
                                              heather.cherry@usdoj.gov
                                              JONATHAN N. FRANCIS
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Federal Bar No. phv05083
                                              jonathan.francis@usdoj.gov
                                              157 Church Street, 25th Floor
                                              New Haven, CT  06510
                                              Tel.: (203) 821-3700

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                          /s/
                                      JONATHAN N. FRANCIS
                                      ASSISTANT UNITED STATES ATTORNEY

*United States v. David Demos*
16cr220 (AWT)
**Government's Preliminary Objections to Defendant's Exhibit List**

| No. | Description | Bates Beg. | Bates End | Basis for Objection |
|---|---|---|---|---|
| 1 | October 2, 2013 Comreport Cantor - Large Price Difference Trades | CF_FINRA_002657 | CF_FINRA_002657 | 401, 403 |
| 2 | INTENTIONALLY OMITTED | | | |
| 3 | May 15, 2012 Bloomberg Chat - Credit Suisse and Marathon | CS-SIGTARP 00066615 | CS-SIGTARP 00066666 | |
| 4 | January 5, 2016 Letter Cahill Gordon & Reindel LLP re Credit Suisse Trading Practices Since 2013 | CS-SIGTARP_01675673 | CS-SIGTARP_01675676 | 401, 403 |
| 5 | July 06, 2012 Trade Ticket AMSI 2003-8 M2 | David_Demos_Rev_0000014 | | |
| 6 | May 3, 2013 Ellington SEC Filing - Supplement to Prospectus | Def_DD_0139 | Def_DD_0328 | 403 |
| 7 | May 2012 Cantor Supervisory Chart | DOJ-DD-00000003 | | |
| 8 | Trade Blotter David Demos (November 29, 2011 through February 12, 2013) | DOJ-DD-00003161 | DOJ-DD-00003195 | 403 |
| 9 | INTENTIONALLY OMITTED | | | |
| 10 | February 15, 2012 Bloomberg Chat - Marathon and Cantor | SEC-Cantor-E-0047214 | SEC-Cantor-E-0047216 | 401, 403 |
| 11 | May 11, 2012 Bloomberg Chat - Cantor and Marathon | SEC-Cantor-E-0098012 | SEC-Cantor-E-0098024 | |
| 12 | May 10, 2012 Bloomberg Chat - Cantor and Farallon | SEC-Cantor-E-0098091 | SEC-Cantor-E-0098092 | |
| 13 | December 6, 2011 Bloomberg Chat - Marathon and Cantor | DOJ-DD-00003498 | DOJ-DD-00003499 | |
| 14 | September 13, 2012 Bloomberg Chat - Third Point and Cantor | SEC-Cantor-E-0205328 | SEC-Cantor-E-0205338 | 401, 403 |
| 15 | April 4, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002783 | SEC-DD-00002783 | 401, 403 |
| 16 | April 4, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002784 | SEC-DD-00002784 | 401, 403 |
| 17 | April 16, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002785 | SEC-DD-00002785 | 401, 403 |
| 18 | March 29, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002786 | SEC-DD-00002786 | 401, 403 |
| 19 | March 29, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002787 | SEC-DD-00002787 | 401, 403 |
| 20 | April 17, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002788 | SEC-DD-00002789 | 401, 403 |
| 21 | April 11, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002790 | SEC-DD-00002790 | 401, 403 |
| 22 | December 6, 2011 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002791 | SEC-DD-00002791 | 401, 403 |
| 23 | April 12, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002792 | SEC-DD-00002793 | 401, 403 |
| 24 | April 18, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002794 | SEC-DD-00002794 | 401, 403 |
| 25 | April 13, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002795 | SEC-DD-00002795 | 401, 403 |
| 26 | May 1, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002796 | SEC-DD-00002796 | 401, 403 |
| 27 | May 3, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002797 | SEC-DD-00002797 | 401, 403 |
| 28 | May 4, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002798 | SEC-DD-00002798 | 401, 403 |
| 29 | May 08, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002799 | SEC-DD-00002799 | 401, 403 |
| 30 | April 26, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002800 | SEC-DD-00002800 | 401, 403 |
| 31 | July 9, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002801 | SEC-DD-00002801 | 401, 403 |
| 32 | July 17, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002802 | SEC-DD-00002802 | 401, 403 |
| 33 | December 21, 2011 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002803 | SEC-DD-00002803 | 401, 403 |
| 34 | January 9, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002804 | SEC-DD-00002804 | 401, 403 |
| 35 | January 4, 2013 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002805 | SEC-DD-00002808 | 401, 403 |
| 36 | March 2, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002809 | SEC-DD-00002809 | 401, 403 |
| 37 | March 2, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002810 | SEC-DD-00002810 | 401, 403 |
| 38 | March 6, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002811 | SEC-DD-00002811 | 401, 403 |
| 39 | March 6, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002812 | SEC-DD-00002812 | 401, 403 |

| No. | Description | Bates Beg. | Bates End | Basis for Objection |
|---|---|---|---|---|
| 40 | March 12, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002813 | SEC-DD-00002813 | 401, 403 |
| 41 | March 12, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002814 | SEC-DD-00002814 | 401, 403 |
| 42 | February 10, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002815 | SEC-DD-00002815 | 401, 403 |
| 43 | March 23, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002816 | SEC-DD-00002816 | 401, 403 |
| 44 | March 23, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002817 | SEC-DD-00002817 | 401, 403 |
| 45 | March 21, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002818 | SEC-DD-00002819 | 401, 403 |
| 46 | March 21, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002820 | SEC-DD-00002821 | 401, 403 |
| 47 | March 20, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002822 | SEC-DD-00002822 | 401, 403 |
| 48 | March 20, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002823 | SEC-DD-00002823 | 401, 403 |
| 49 | March 7, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002824 | SEC-DD-00002824 | 401, 403 |
| 50 | March 7, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002825 | SEC-DD-00002825 | 401, 403 |
| 51 | March 9, 2012Comreport Cantor -  Large Price Difference Trades | SEC-DD-00002826 | SEC-DD-00002826 | 401, 403 |
| 52 | March 9, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002827 | SEC-DD-00002827 | 401, 403 |
| 53 | March 8, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002828 | SEC-DD-00002828 | 401, 403 |
| 54 | March 8, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002829 | SEC-DD-00002829 | 401, 403 |
| 55 | February 27, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002830 | SEC-DD-00002830 | 401, 403 |
| 56 | February 27, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002831 | SEC-DD-00002831 | 401, 403 |
| 57 | February 23, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002832 | SEC-DD-00002832 | 401, 403 |
| 58 | February 23, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002833 | SEC-DD-00002833 | 401, 403 |
| 59 | March 22, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002834 | SEC-DD-00002834 | 401, 403 |
| 60 | March 22, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002835 | SEC-DD-00002835 | 401, 403 |
| 61 | January 9, 2013 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002836 | SEC-DD-00002836 | 401, 403 |
| 62 | February 17, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002837 | SEC-DD-00002837 | 401, 403 |
| 63 | February 17, 2012 Comreport Cantor -  Large Price Difference Trades | SEC-DD-00002838 | SEC-DD-00002838 | 401, 403 |
| 64 | February 22, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002839 | SEC-DD-00002840 | 401, 403 |
| 65 | February 22, 2012 Comreport Cantor -  Large Price Difference Trades | SEC-DD-00002841 | SEC-DD-00002842 | 401, 403 |
| 66 | January 26, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002843 | SEC-DD-00002843 | 401, 403 |
| 67 | January 13, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002844 | SEC-DD-00002845 | 401, 403 |
| 68 | March 19, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002846 | SEC-DD-00002849 | 401, 403 |
| 69 | March 19, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002850 | SEC-DD-00002853 | 401, 403 |
| 70 | December 19, 2011 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002854 | SEC-DD-00002855 | 401, 403 |
| 71 | February 2, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002856 | SEC-DD-00002856 | 401, 403 |
| 72 | January 10, 2013 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002857 | SEC-DD-00002857 | 401, 403 |
| 73 | March 26, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002858 | SEC-DD-00002859 | 401, 403 |
| 74 | March 26, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002860 | SEC-DD-00002861 | 401, 403 |
| 75 | January 31, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002862 | SEC-DD-00002862 | 401, 403 |
| 76 | February 9, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002863 | SEC-DD-00002864 | 401, 403 |
| 77 | February 3, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002865 | SEC-DD-00002865 | 401, 403 |
| 78 | February 24, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002866 | SEC-DD-00002866 | 401, 403 |
| 79 | February 24, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002867 | SEC-DD-00002867 | 401, 403 |
| 80 | February 14, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002868 | SEC-DD-00002868 | 401, 403 |
| 81 | February 16, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002869 | SEC-DD-00002869 | 401, 403 |
| 82 | February 6, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002870 | SEC-DD-00002870 | 401, 403 |
| 83 | February 4, 2013  Email between Demos and Bond | CFCO-0045377 | | 401, 801 |
| 84 | Bloomberg trade ticket (LXS 2005-5N 3A2) | | | |

| No. | Description | Bates Beg. | Bates End | Basis for Objection |
|---|---|---|---|---|
| 85 | April 24, 2012 Email between Melnicki and Johnson | SEC-DD-00002899 | | |
| 86 | INTENTIONALLY OMITTED | | | |
| 87 | INTENTIONALLY OMITTED | | | |
| 88 | INTENTIONALLY OMITTED | | | |
| 89 | INTENTIONALLY OMITTED | | | |
| 90 | December 7, 2011 Email between Melnicki and James Bond (MEZZ book) | SEC-DD-00002915 | | 401 |
| 91 | December 7, 2011 Trade ticket (HVMLT 2005-9 B3) | DOJ-DD-00003500 | | |
| 92 | December 7, 2011 Email between Melnicki and James Bond / James Lempenau | SEC-DD-00002917 | | 401 |
| 93 | December 7, 2011 Email between Melnicki and James Bond / Michael Gallagher | SEC-DD-00002918 | SEC-DD-00002919 | 401 |
| 94 | January 31, 2012 - VCON Ticket (FFML 2006-FFA A2) | DOJ-DD-00003501 | | |
| 95 | December 7, 2011 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002920 | | 401 |
| 96 | December 20, 2011 Email between James Lempenau, Melnicki, James Bond Mezz and Michael Gallagher | SEC-DD-00002921 | SEC-DD-00002923 | |
| 97 | January 31, 2012 - VCON Ticket (FFML 2006-FFA A2) | DOJ-DD-00003502 | | |
| 98 | February 23, 2012 - VCON Ticket (GSAMP 2006-S3 A2) | DOJ-DD-00003503 | | |
| 99 | November 29, 2011 Email George Smith to Human Resources (Cantor) | SEC-DD-00002924 | | 401 |
| 100 | December 19, 2011 Email James Bond and Human Resources (Cantor) | SEC-DD-00002925 | | 401 |
| 101 | December 19, 2011 Email between James Bond and James Lempenau / Todd Berlent | SEC-DD-00002935 | | 401 |
| 102 | December 20, 2011 Email Melnicki to Lempenau, Bond (Demos Large Price Difference Assignment) | SEC-DD-00002936 | SEC-DD-00002938 | 401 |
| 103 | February 23, 2012 - VCON Ticket (GSAMP 2006-S3 A2) | DOJ-DD-00003504 | | |
| 104 | February 23, 2012 - VCON Ticket - Andrew Ulmer (GSAMP 2006-S3 A2) | DOJ-DD-00003505 | | |
| 105 | December 14, 2011 Email George Smith to HR (Cantor) - New Start Activation | SEC-DD-00002940 | SEC-DD-00002941 | 401 |
| 106 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002997 | SEC-DD-00002997 | 401, 403 |
| 107 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002998 | SEC-DD-00002998 | 401, 403 |
| 108 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00002999 | SEC-DD-00002999 | 401, 403 |
| 109 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003000 | SEC-DD-00003001 | 401, 403 |
| 110 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003002 | SEC-DD-00003002 | 401, 403 |
| 111 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003003 | SEC-DD-00003003 | 401, 403 |
| 112 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003004 | SEC-DD-00003004 | 401, 403 |
| 113 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003005 | SEC-DD-00003006 | 401, 403 |
| 114 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003007 | SEC-DD-00003007 | 401, 403 |
| 115 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003008 | SEC-DD-00003008 | 401, 403 |
| 116 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003009 | SEC-DD-00003009 | 401, 403 |
| 117 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003010 | SEC-DD-00003010 | 401, 403 |
| 118 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003011 | SEC-DD-00003014 | 401, 403 |
| 119 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003015 | SEC-DD-00003018 | 401, 403 |
| 120 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003019 | SEC-DD-00003022 | 401, 403 |
| 121 | March 5, 2014 Benjamin Melnicki Email to Joseph La Micela | SEC-DD-00003023 | SEC-DD-00003026 | 401, 403 |
| 122 | January 17, 2013 Email Rueda to Demos (VCON Ticket - SASC 2006-S4) | DOJ-DD-00003506 | | |
| 123 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003027 | SEC-DD-00003030 | 401, 403 |
| 124 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003031 | SEC-DD-00003031 | 401, 403 |
| 125 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003032 | SEC-DD-00003032 | 401, 403 |
| 126 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003033 | SEC-DD-00003033 | 401, 403 |
| 127 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003034 | SEC-DD-00003034 | 401, 403 |

| No. | Description | Bates Beg. | Bates End | Basis for Objection |
|---|---|---|---|---|
| 128 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003035 | SEC-DD-00003036 | 401, 403 |
| 129 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003037 | SEC-DD-00003037 | 401, 403 |
| 130 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003038 | SEC-DD-00003040 | 401, 403 |
| 131 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003041 | SEC-DD-00003041 | 401, 403 |
| 132 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003042 | SEC-DD-00003042 | 401, 403 |
| 133 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003043 | SEC-DD-00003043 | 401, 403 |
| 134 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003044 | SEC-DD-00003044 | 401, 403 |
| 135 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003045 | SEC-DD-00003046 | 401, 403 |
| 136 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003047 | SEC-DD-00003050 | 401, 403 |
| 137 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003051 | SEC-DD-00003051 | 401, 403 |
| 138 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003052 | SEC-DD-00003052 | 401, 403 |
| 139 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003053 | SEC-DD-00003053 | 401, 403 |
| 140 | March 5, 2014 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003054 | SEC-DD-00003057 | 401, 403 |
| 141 | January 13, 2010 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003061 | SEC-DD-00003061 | 401, 403 |
| 142 | January 14, 2010 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003062 | SEC-DD-00003062 | 401, 403 |
| 143 | January 13, 2010 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003064 | SEC-DD-00003064 | 401, 403 |
| 144 | January 13, 2010 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003065 | SEC-DD-00003065 | 401, 403 |
| 145 | January 23, 2010 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003066 | SEC-DD-00003066 | 401, 403 |
| 146 | January 23, 2010 Comreport Cantor - Large Price Difference Trades | SEC-DD-00003067 | SEC-DD-00003067 | 401, 403 |
| 147 | April 11, 2013 Comreport Cantor - Large Price Difference Trades | SEC-DD-00004657 | SEC-DD-00004657 | 401, 403 |
| 148 | April 12, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00004658 | SEC-DD-00004659 | 401, 403 |
| 149 | April 16, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00004660 | SEC-DD-00004661 | 401, 403 |
| 150 | April 18, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00004662 | SEC-DD-00004663 | 401, 403 |
| 151 | April 18, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00004664 | SEC-DD-00004666 | 401, 403 |
| 152 | April 18, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00004667 | SEC-DD-00004669 | 401, 403 |
| 153 | April 19, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00012007 | SEC-DD-00012007 | 401, 403 |
| 154 | April 19, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00012008 | SEC-DD-00012009 | 401, 403 |
| 155 | April 18, 2012 Comreport Cantor - Large Price Difference Trades | SEC-DD-00018890 | SEC-DD-00018892 | 401, 403 |
| 156 | February 10, 2011 Bloomberg Chat between Skyler Weinand and Kiran Manda | SEC-DD-00025346 | SEC-DD-00025347 | 401, 403 |
| 157 | February 10, 2011 Bloomberg Chat between Skyler Weinand and Craig Bishko | SEC-DD-00026172 | SEC-DD-00026173 | 401, 403 |
| 158 | February 10, 2011 Bloomberg Chat between Skyler Wainand and Kiran Manda | SEC-DD-00027237 | SEC-DD-00027238 | 401, 403 |
| 159 | February 10, 2011 Bloomberg Chat Corrier (CRT Capital Group) and Cantor (Non Agency BWIC Calender) | SEC-DD-00027284 | SEC-DD-00027287 | 401, 403 |
| 160 | February 22, 2012 Bloomberg Chat between Devaney (United Capital Marke) and Cantor | SEC-DD-00028879 | SEC-DD-00028883 | 401, 403 |
| 161 | June 27, 2012 Bloomberg Chat between Daniel Ezra (Credit Suisse) and Stuart Goldberg (Marathon) | CS-SIGTARP_00071813 | CS-SIGTARP_00071820 | 401, 403 |
| 162 | 2012 - Investment Management Agreement DW Investment Management | SEC-DD-00031146 | SEC-DD-00031182 | |
| 163 | February 29, 2012 DW Investment Management Prospectus | SEC-DD-00031187 | SEC-DD-00031350 | |
| 164 | August 13, 2010 BWIC Calendar | SEC-DD-00062538 | SEC-DD-00062542 | 401, 403 |
| 165 | August 17, 2010 BWIC Calendar | SEC-DD-00063732 | SEC-DD-00063737 | 401, 403 |
| 166 | March 2013 Marathon Brochure | | | |
| 167 | April 12, 2012 Bloomberg Chat Devaney (United Capital) and Cantor | SEC-DD-00083542 | SEC-DD-00083545 | 401, 403 |
| 168 | CNF 2001-2 Cash Flow | | | |
| 169 | May 31, 2012 BWIC Calender | SEC-DD-00098751 | SEC-DD-00098755 | 401, 403 |
| 170 | January 13, 2010 Comreport Cantor - Large Price Difference Trades | SEC-DD-00196817 | SEC-DD-00196817 | 401, 403 |

| No. | Description | Bates Beg. | Bates End | Basis for Objection |
|---|---|---|---|---|
| 171 | January 14, 2010 Comreport Cantor - Large Price Difference Trades | SEC-DD-00196818 | SEC-DD-00196818 | 401, 403 |
| 172 | January 13, 2010 Comreport Cantor - Large Price Difference Trades | SEC-DD-00196820 | SEC-DD-00196820 | 401, 403 |
| 173 | January 13, 2010 Comreport Cantor - Large Price Difference Trades | SEC-DD-00196821 | SEC-DD-00196821 | 401, 403 |
| 174 | January 23, 2010 Comreport Cantor - Large Price Difference Trades | SEC-DD-00196822 | SEC-DD-00196822 | 401, 403 |
| 175 | January 23, 2010 Comreport Cantor - Large Price Difference Trades | SEC-DD-00196823 | SEC-DD-00196823 | 401, 403 |
| 176 | Mai 10, 2012 - Termination Memo HR for George Smith | USAO_CANTOR_000198 | USAO_CANTOR_000206 | 401, 403 |
| 177 | INTENTIONALLY OMITTED | | | |
| 178 | AMSI 2003 Cash Flow | | | |
| 179 | May 10, 2012 Bloomberg Chat between Paston, Manda and Demos (Cantor) | SEC-DD-00003116 | SEC-DD-00003122 | |
| 180 | May 11, 2012 Bloomberg Chat between Meade (Farallon) and Raju (Cantor) | SEC-DD-00003142 | SEC-DD-00003143 | |
| 181 | May 10, 2012 Bloomberg Chat between Springer / Goldberg (Marathon) and Cong / Biggert / Demos (Cantor) | SEC-DD-00003123 | SEC-DD-00003141 | |
| 182 | May 16, 2012 Buy - Trade Ticket (LXS 2005-5N) | SEC-DD-00003144 | | |
| 183 | May 16, 2012 Buy - Trade Ticket (LXS 2005-5N) | SEC-DD-00003146 | SEC-DD-00003154 | |
| 184 | May 16, 2012 Buy - Trade Ticket (LXS 2005-5N) | SEC-DD-00003145 | | |
| 185 | July 6, 2012 -VCON Ticket (AMSI 2003-8 Mw) - Cantor (Furukawa to Demos) | SEC-DD-00003548 | | |
| 186 | June 29, 2012 Bloomberg Trade Ticket - LXS 2005-5N 3A2 | SEC-DD-00004308 | | |
| 187 | July 6, 2012 Bloomberg Chat between Paston and Furukawa (Cantor) | SEC-DD-00003557 | SEC-DD-00003563 | |
| 188 | July 6, 2012 Bloomberg Chat between Demos and Cong | SEC-DD-00003549 | | |
| 189 | June 29, 2012 Bloomberg Chat between Demos and Anisgarten | SEC-DD-00003385 | SEC-DD-00003391 | |
| 190 | June 29, 2012 Bloomberg Chat between Demos and Senapaty | SEC-DD-00003393 | SEC-DD-00003406 | |
| 191 | June 29, 2012 Bloomberg Trade Ticket (FFML 2005-FF12 M1) | SEC-DD-00003392 | | |
| 192 | January 30, 2012 Bloomberg Chat between Demos and Engineer (Axonic) | SEC-DD-00003414 | | 401, 403 |
| 193 | February 1, 2012 Bloomberg Chat between Engineer (Axonic) and Demos | SEC-DD-00003415 | SEC-DD-00003418 | 401, 403 |
| 194 | Buy - Trade Ticket (FFML 2005) | DOJ-DD-00003197 | | |
| 195 | Sell - Trade Ticket (FFML 2005) | DOJ-DD-00003196 | | |
| 196 | Sell - Trade Ticket (FFML 2005) | SEC-DD-00003407 | | |
| 197 | Sell - Trade Ticket (FFML 2005) | SEC-DD-00003408 | | |
| 198 | Buy - Trade Ticket (FFML 2005) | SEC-DD-00003409 | | |
| 199 | Buy - Trade Ticket (FFML 2005) | SEC-DD-00003410 | | |
| 200 | Buy - Trade Ticket (FFML 2005) | SEC-DD-00003411 | | |
| 201 | Buy - Trade Ticket (FFML 2005) | SEC-DD-00003412 | | |
| 202 | Buy - Trade Ticket (FFML 2005) | SEC-DD-00003413 | | |
| 203 | September 26, 2012 Bloomberg Chat between Demos to Burg (re CNF 2001-1 M1 and CNF 2001-2 M1) | SEC-DD-00003777 | SEC-DD-00003778 | |
| 204 | September 26, 2012 Bloomberg Chat between Demos and Marks (Ellington) | SEC-DD-00003767 | SEC-DD-00003776 | |
| 205 | September 26, 2012 Bloomberg Chat between Demos and Marks (Ellington) | USAO_CANTOR_000121 | USAO_CANTOR_000130 | |
| 206 | Buy - Trade Ticket (CNF 2001-1 M1) | DOJ-DD-00003155 | | |
| 207 | Sell - Trade Ticket (CNF 2001-1 M1) | DOJ-DD-00003156 | | |
| 208 | Buy - Trade Ticket (CNF 2001-2 M1) | DOJ-DD-00003157 | | |
| 209 | Buy - Trade Ticket (CNF 2001-2 M1) | DOJ-DD-00003158 | | |
| 210 | January 3, 2013 Bloomberg Chat between Demos and Engineer (Axonic) | SEC-DD-00003628 | SEC-DD-00003633 | 401, 403 |
| 211 | January 3, 2013 Bloomberg Chat between Marks and Demos | SEC-DD-00003621 | SEC-DD-00003626 | |
| 212 | Buy - Trade Ticket (CSFB 2003-8) | DOJ-DD-00003159 | | |
| 213 | Sell - Trade Ticket (CSFB 2003-8) | DOJ-DD-00003160 | | |

| No. | Description | Bates Beg. | Bates End | Basis for Objection |
|---|---|---|---|---|
| 214 | January 4, 2013 Bloomberg Trade Ticket (CSFB 2003-8 CB1) | SEC-DD-00003620 | | |
| 215 | January 4, 2013 Bloomberg chat Manda and Demos (VCON CSFB 2003-8 CB1) | SEC-DD-00003627 | | |
| 216 | Buy - Trade Ticket (CSFB 2003-8 CB1) | SEC-DD-00003634 | | |
| 217 | Sell - Trade Ticket (CSFB 2003-8 CB1) | SEC-DD-00003635 | | |
| 218 | Sell - Trade Ticket (CSFB 2003-8 CB1) | SEC-DD-00003636 | | |
| 219 | INTENTIONALLY OMITTED | | | |
| 220 | February 7, 2013 Bloomberg Chat between Gapusan (Cantor) and Kenslea (Cantor) | CFCO-0066982 | | 401, 403 |
| 221 | November 15, 2012 Bloomerg Bids for Marathon - Demos and Manda and Rueda | CFCO-0062561 | | 401, 403 |
| 222 | April 2, 2012 Bloomberg Chat between Cong, Goldberg, Springer (Marathon) and Biggert, Demos (Cantor) | CFCO-0004396 | CFCO-0004398 | |
| 223 | INTENTIONALLY OMITTED | | | |
| 224 | INTENTIONALLY OMITTED | | | |
| 225 | INTENTIONALLY OMITTED | | | |
| 226 | July 26, 2012 Bloomberg Chat between Cong, Goldberg, Springer (Marathon) and Biggert, Demos (Cantor) | CFCO-0009800 | CFCO-0009822 | 401, 403 |
| 227 | May 10, 2012 Bloomberg Chat between Demos and Manda | SEC-Cantor-E-0123161 | SEC-Cantor-E-0123182 | |
| 228 | February 12, 2013 - Shawn Matthews invite to Bond et.al. | CFCO-0045819 | | 401, 403 |
| 229 | October 24, 2012 Bloomberg Chat between Patson, Abraham and Furukawa | SEC-DD-00073466 | SEC-DD-00073468 | 401, 403 |
| 230 | INTENTIONALLY OMITTED | | | |
| 231 | February 26, 2013 Bloomberg Chat between Mancuso, Demos, Manda, Rueda | CFCO-0067495 | CFCO-0067496 | 401, 403 |
| 232 | March 20, 2013 Bloomberg Chat between Patson, Manda, Furukawa | CF_FINRA_003981 | CF_FINRA_003984 | 401, 403 |
| 233 | April 12, 2012 Bloomberg Chat between Kai Zhu (Cantor) and Steven Zhu (Credit Suisse) | SEC-DD-00040657 | SEC-DD-00040661 | 401, 403 |
| 234 | November 29, 2011 Email George Smith to Shawn Matthews - "Demos color from a trusted friend" | CFCO-0035100 | | 401, 403 |
| 235 | April 20, 2012 Email between Mancuso and Matthews | CFCO-0038468 | CFCO-0038469 | 401, 403 |
| 236 | April 20, 2012 Email between Mancuso and Matthews | CFCO-0038466 | CFCO-0038467 | 401, 403 |
| 237 | February 7, 2013 Bloomberg Chat between Gapusan and Paternoster (Cantor) | CFCO-0066975 | | 401, 403 |
| 238 | April 11, 2012 Bloomberg Trade Ticket - Manda to Ulmer, Konaris (DW) and Demos (SASC 2006-S4 A) | SEC-DD-00003269 | | |
| 239 | May 24, 2012 Bloomberg Chat Cong, Goldberg (Marathon) and Biggart, Demos (Cantor) | CFCO-0007226 | CFCO-0007236 | 401, 403 |
| 240 | October 2, 2012 Bloomberg Chat between Cong, Goldberg (Marathon) and Biggert, Demos, Rueda (Cantor) | CFCO-0012664 | CFCO-0012670 | 401, 403 |
| 241 | LXS 2005 Cash Flow | | | |
| 242 | INTENTIONALLY OMITTED | | | |
| 243 | Quest CE, Annual Compliance Meeting | DOJ-DD-00002902 | | 401, 403 |
| 244 | March 6, 2014 Email Melnicki to Jacobson | CFCO-0067549 | CFCO-0067550 | 401, 403 |
| 245 | February 2012 - CDMR Estimate Cantor | CFCO-0037796 | | 401, 403 |
| 246 | May 13, 2013 Ellington Financial LLC, 12th Annual JMP Securities Research Conference | | | |
| 247 | INTENTIONALLY OMITTED | | | |
| 248 | December 17, 2012 Email Bond to Matthews (David Demos Loan) | CFCO-0044032 | | 401, 403 |
| 249 | March 12, 2012 Bloomberg Chat Springer, Cong, Goldberg and Biggart, Demos | CFCO-0003601 | CFCO-0003606 | 401, 403 |
| 250 | July 16, 2010 - US Department of Treasury - Notification Letter to Marathon | | | 401, 403 |
| 251 | November 2, 2012 Bloomberg Chat Cong, Goldberg (Marathon) and Demos, Biggart, Rueda (Cantor) | CFCO-0014216 | CFCO-0014222 | 401, 403 |
| 252 | March 20, 2013 VCON Tickert - Goldberg / Biggart | CF_FINRA_003970 | | 401, 403 |

| No. | Description | Bates Beg. | Bates End | Basis for Objection |
|---|---|---|---|---|
| 253 | December 6, 2011 Bloomberg - Demos, Gainey, Biggart | SEC-DD-00003104 | | |
| 254 | Buy - Trade Ticket (FFML 2006-FFA A2) | SEC-DD-00003309 | | |
| 255 | January 31, 2012 Bloomberg Chat between Huiyan Li and Kai Zhu | SEC-DD-00003303 | SEC-DD-00003306 | 401, 403 |
| 256 | January 31, 2012 Bloomberg Chat between Zhu and Demos | SEC-DD-00003286 | SEC-DD-00003299 | |
| 257 | January 31, 2012 Bloomberg Chat between Demos Konaris | SEC-DD-00003300 | SEC-DD-00003301 | |
| 258 | February 22, 2012 Bloomberg Chat between Demos and Goldberg | SEC-DD-00003450 | | |
| 259 | February 22, 2012 Bloomberg Chat between Biggart and Goldberg | SEC-DD-00003451 | | |
| 260 | February 23, 2012 Bloomberg Chat between Zhu and Demos | SEC-DD-00003467 | SEC-DD-00003469 | |
| 261 | Sell - Trade Ticket (GSAMP 2006-S3 A2) | SEC-DD-00003499 | SEC-DD-000034950 | |
| 262 | February 23, 2012 Bloomberg Chat Manda to Smith (Risk Trades on 2/23) | SEC-DD-00003473 | | 401, 403 |
| 263 | February 22, 2012 Ulmer to Konaris_Demos chat | SEC-DD-00003487 | SEC-DD-00003497 | |
| 264 | February 23, 2012 Woodby to Grier VCON | SEC-DD-00003474 | | |
| 265 | February 22, 2012 Bloomberg Chat Ulmer, Konaris and Demos | SEC-DD-00003475 | SEC-DD-00003486 | |
| 266 | Buy - Trade Ticket (BSMF 2006-SL1 A1) | SEC-DD-00004613 | | |
| 267 | Sell - Trade Ticket (BSMF 2006-SL1 A1) | SEC-DD-00004614 | | |
| 268 | March 20, 2012 Bloomberg Chat between Demos and Ulmer | SEC-DD-00004492 | SEC-DD-00004503 | 401, 403 |
| 269 | CSFB 2003-8 Cash Flow | | | |
| 270 | March 22, 2012 Bloomberg Trade Ticket - Manda, Ulmer, Hardy (BSMF 2006-SL1 A1) | SEC-DD-00004474 | | |
| 271 | March 20, 2012 Bloomberg Chat between Zhu and Demos | SEC-DD-00004475 | SEC-DD-00004491 | |
| 272 | Buy - Trade ticket | SEC-DD-00003188 | | |
| 273 | July 24, 2012 Bloomberg Chat between Cantor and JP Morgan | SEC-DD-00003179 | SEC-DD-00003185 | 401, 403 |
| 274 | Buy - Trade Ticket (FHLT 2005-1 M6) | SEC-DD-00003618 | | |
| 275 | Sell - Trade Ticket (FHLT 2005-1 M6) | SEC-DD-00003619 | | |
| 276 | January 16, 2013 Bloomberg Chat between Cantor and TIG Advisors | SEC-DD-00003598 | SEC-DD-00003609 | |
| 277 | January 17, 2013 Bloomberg Trade Ticket (SASC 2006-S4) | SEC-DD-00004395 | | |
| 278 | January 17, 2013 Bloomberg Chat between Zhu and Demos | SEC-DD-00004396 | SEC-DD-00004303 | |
| 279 | October 26, 2017 Press release US Attorney's Office (CT) on RBS Securitires Settlement related to Securities Fraud Scheme | | | 401, 403 |
| 280 | November 19, 2013 Press Release DOJ - Settlement with JPMorgan - about Misleading Investors about Securities | | | 401, 403 |
| 281 | August 21, 2014 Press Release DOJ - Settlement with Bank of America for Financial Fraud | | | 401, 403 |
| 282 | February 11, 2016 Press Release DOJ - Settlement with Morgan Stanley | | | 401, 403 |
| 283 | November 4, 2016 Press Release DOJ - Settlement with Goldman Sachs | | | 401, 403 |
| 284 | January 17, 2017 Press Release DOJ - Settlement with Deutsche Bank for Misleading Investors | | | 401, 403 |
| 285 | January 18, 2017 Press Release DOJ - Settlement with Credit Suisse | | | 401, 403 |
| 286 | March 29, 2018 Press Release DOJ - Settlement with Barclays for Fraud | | | 401, 403 |
| 287 | November 2016 FINRA Report - Disiplinary and Other FINRA Actions | | | 401, 403 |
| 288 | March 12, 2014 Press Release SEC - Failure to supervise by Jeffries | | | 401, 403 |
| 289 | September 26, 2016 - SEC - Order - Bonacci | | | 401, 403 |
| 290 | May 19, 2017 - SEC Order - Chan | | | 401, 403 |
| 291 | August 16, 2016 - SEC Order - Chin | | | 401, 403 |
| 292 | February 12, 2018 - SEC Order - Deutsche Bank and Ben Solomon | | | 401, 403 |
| 293 | May 1, 2017 - SEC Order - Lee | | | 401, 403 |
| 294 | May 1, 2017 - SEC Order - Wong | | | 401, 403 |
| 295 | March 20, 2015 Ellington Model (Production to SEC) | | | |

| No. | Description | Bates Beg. | Bates End | Basis for Objection |
|---|---|---|---|---|
| 296 | DW Model | | | |
| 297 | Marathon Model | MARATHON00001132 | | |
| 298 | October 24, 2012 Bloomberg Chat between Mowl (Challenger Group) and Abraham, Bhandari (Cantor) | SEC-DD-00073458 | SEC-DD-00073463 | 401, 403 |
| 299 | June 10, 2015 Important Message to all Cantor Employees from Shawn Matthews (CEO) | CFCO-0067536 | CFCO-0067537 | 401, 403 |
| 300 | February 7, 2013 Bloomberg Chat between Engineer (Axonic) and Demos | CF&CO000366 | CF&CO000380 | 401, 403 |
| 301 | February 4, 2013 Bloomberg Chat between Cantor and Engineer, Steve Zhu (Axonic) | CFCO-0018450 | CFCO-0018458 | 401, 403 |
| 302 | FFML 2005 Cash Flow | | | |
| 303 | CNF 2001-1 Cash Flow | | | |
| 304 | February 12, 2013 Melnicki_Manda_Paternoster chat | SDC-DD-00002909 | SDC-DD-00002911 | 401, 403 |
| 305 | December 3, 2012 Bloomberg Chat between WAMCO and Cantor | CFCO-0063485 | CFCO-0063504 | 401, 403 |
| 306 | July 6, 2012 Bloomberg Chat between Demos, Springer (Cantor) and Cong, Goldberg (Marathon) | SEC-DD-00003550 | SEC-DD-00003556 | |
| 307 | April 17, 2012 Email Blitzer (Marathon) and US Bank (Intex - LXS 2005-5n) | MARATHON00001929 | MARATHON00001932 | |
| 308 | April 13, 2012 Email Blitzer (Marathon) and US Bank (Intex - LXS 2005-5n) | MARATHON00001921 | MARATHON00001922 | |
| 309 | April 17, 2012 Email Blitzer (Marathon) and US Bank (Intex - LXS 2005-5n) | MARATHON00001926 | | |
| 310 | April 17, 2012 Email Blitzer (Marathon) and US Bank (Intex - LXS 2005-5n) | MARATHON00001934 | | |
| 311 | April 19, 2012 Email Blitzer (Marathon) and US Bank (Intex - LXS 2005-5n) | MARATHON00001938 | | |
| 312 | April 19, 2012 Email Blitzer (Marathon) and US Bank (Intex - LXS 2005-5n) | MARATHON00001941 | | |
| 313 | April 19, 2012 Email Blitzer (Marathon) and US Bank (Intex - LXS 2005-5n) | MARATHON00001942 | | |
| 314 | April 16, 2012 Email Blitzer (Marathon) and US Bank (Intex - LXS 2005-5n) | MARATHON00001945 | | |
| 315 | April 16, 2012 Email Blitzer (Marathon) and US Bank (Intex - LXS 2005-5n) | MARATHON00001953 | | |
| 316 | April 16, 2012 Email Blitzer (Marathon) and US Bank (Intex - LXS 2005-5n) | MARATHON00001966 | | |
| 317 | April 17, 2012 Email Blitzer (Marathon) and US Bank (Intex - LXS 2005-5n) | MARATHON00001952 | | |
| 318 | April 19, 2012 Email Blitzer (Marathon) and US Bank (Intex - LXS 2005-5n) | MARATHON00001936 | MARATHON00001937 | |
| 319 | Buy - Trade ticket (HVMLT 2005-9 B3) | SEC-DD-00003114 | | |
| 320 | Buy - Sell ticket (HVMLT 2005-9 B3) | SEC-DD-00003106 | | |
| 321 | Sell - Trade tickets (HVMLT 2005-9 B3) | SEC-DD-00003108 | SEC-DD-00003113 | |
| 322 | December 5, 2011 Bloomberg Chat Watts (Citigroup) and Demos (Cantor) | SEC-DD-00003089 | SEC-DD-00003099 | |
| 323 | December 6, 2011 Bloomberg Chat Demos and Cong | SEC-DD-00003100 | SEC-DD-00003102 | |
| 324 | December 6, 2011 Bloomberg Chat Demos, Gainey and Maurer (Cantor) | SEC-DD-00003105 | | |
| 325 | December 6, 2011 VCON Ticket - HVMLT 2005-9 B3 (Gainey, Demos) | SEC-DD-00003103 | | |
| 326 | Buy - Trade ticket (HVMLT 2005-9 B3) | SEC-DD-00003107 | | |
| 327 | Sell - Trade ticket (FMML 2006-FFA A2) | SEC-DD-00003307 | SEC-DD-00003308 | |
| 328 | March 6, 2013 Bloomberg Chat Mowl (Challenger group) and Abraham (Cantor) | CFCO-0068671 | CFCO-0068672 | 401, 403 |
| 329 | July 5, 2012 Bloomberg Chat Paston, Manda, Demos, Furukawa (Cantor) | SEC-DD-00003508 | SEC-DD-00003532 | |
| 330 | July 6, 2012 Bloomberg Chat Paston, Furukawa (Cantor) and Wilson Au (UBS) | SEC-DD-00003564 | SEC-DD-00003569 | |
| 331 | July 6, 2012 Bloomberg Chat Demos and Manda | SEC-DD-00003502 | SEC-DD-00003507 | |
| 332 | July 3, 2012 Bloomberg Chat between Cong, Goldberg (Marathon) and Demos, Biggart (Cantor) | SEC-DD-00003533 | SEC-DD-00003547 | |
| 333 | Buy - trade ticket (ASMI 2003) | SEC-DD-00003571 | | |
| 334 | Sell - trade ticket (ASMI 2003) | SEC-DD-00003570 | | |
| 335 | Buy - trade ticket (HVMLT 2005-2 2A 1 B) | SEC-DD-00003471 | | |
| 336 | Sell - trade ticket (HVMLT 2005-2 2A 1 B) | SEC-DD-00003472 | | |
| 337 | February 23, 2012 Bloomberg Chat between Manda and Zhu (Cantor) | SEC-DD-00003442 | | |
| 338 | February 21, 2012 Bloomberg Chat Demos, Biggart (Cantor) and Cong, Goldberg (Marathon) | SEC-DD-00003443 | SEC-DD-00003449 | |

| No. | Description | Bates Beg. | Bates End | Basis for Objection |
|---|---|---|---|---|
| 339 | February 22, 2012 Bloomberg Chat Zhu and Demos | SEC-DD-00003452 | SEC-DD-00003466 | |
| 340 | February 22, 2012 Bloomberg Chat Goldberg and Demos | SEC-DD-00003470 | | |
| 341 | Buy - trade ticket (GSAMP 2006-S3 A2) | SEC-DD-00003501 | | |
| 342 | February 23, 2012 Bloomberg VCON Ticket (GSAMP 2006-S3 A2) Hardy (Cantor), Konaris (DW) | SEC-DD-00003498 | | |
| 343 | Sell - trade ticket (BSABS 2004-HE2 M2) | SEC-DD-00003186 | SEC-DD-00003187 | |
| 344 | Sell - trade ticket (BSABS 2004-HE2 M2) | SEC-DD-00003189 | | |
| 345 | July 24, 2012 Bloomberg Chat Mancuso, Manda and Demos (Cantor) | SEC-DD-00003155 | SEC-DD-00003163 | |
| 346 | July 23, 2012 Bloomberg Chat between Cantor and Candlewood | SEC-DD-00003164 | SEC-DD-00003178 | |
| 347 | January 15, 2013 Bloomberg Chat between Mancuso, Manda, Demos, Rueda (Cantor) | SEC-DD-00003610 | SEC-DD-00003617 | |
| 348 | January 16, 2013 Bloomberg Chat Demos, Manda (Cantor) and Ulmer, Konaris (DW) | SEC-DD-00004384 | SEC-DD-00004392 | |
| 349 | January 17, 2013 Bloomberg VCON Ticket (SASC 2006-S4) Rueda, Demos (Cantor) | SEC-DD-00004404 | | |
| 350 | April 11, 2012 Trade Ticket SASC 2006-S4 | SEC-DD-00003268 | | 401, 403 |
| 351 | Trade ticket (SASC 2006-S4) | SEC-DD-00003281 | | 401, 403 |
| 352 | Trade ticket (SASC 2006-S4) | SEC-DD-00003282 | | 401, 403 |
| 353 | Trade ticket (SASC 2006-S4) | SEC-DD-00003283 | | 401, 403 |
| 354 | Trade ticket (SASC 2006-S4) | SEC-DD-00003284 | | |
| 355 | Trade ticket (SASC 2006-S4) | SEC-DD-00003285 | | |
| 356 | INTENTIONALLY OMITTED | | | |
| 357 | June 29, 2012 - VCON (FFML 2005-FF12 M1) Senapaty (DW) | DOJ-DD-00003507 | | |
| 358 | July 24, 2012 - VCON (BSABS 2004-HE2 M2) Jones (Cantor) | DOJ-DD-00003508 | | |
| 359 | Buy - Trade Ticket (BSMF 2006-SL1 A1 2) | DOJ-DD-00003509 | | |
| 360 | Trade ticket (BSMF 2006-SL1 A1) | DOJ-DD-00003510 | | |
| 361 | March 22, 2012 - VCON (BSMF 2006-SL1 A1) | DOJ-DD-00003511 | | |
| 362 | May 2006, Cantor Employee Handbook | DOJ-DD-00000012 | | |
| 363 | November 29, 2011 - Acknowledgement Demos | DOJ-DD-00000007 | | |
| 364 | October 2011 Cantor Written Supervisory Procedures | DOJ-DD-00000495 | | |
| 365 | January 3, 2012 - Annual Certifcation Form Compliance - Demos | DOJ-DD-00000080 | | |
| 366 | August 2012 Cantor Written Supervisory Procedures | DOJ-DD-00000890 | DOJ-DD-0000503 | |
| 367 | September 21, 2012 Annual Certifcation Form Compliance - Demos | DOJ-DD-00000081 | | |
| 368 | December 2012 Cantor Written Supervisory Procedures | DOJ-DD-00001504 | | |
| 369 | January 2013 Cantor Written Supervisory Procedures | DOJ-DD-00002118 | | |
| 370 | December 15, 2015 FINRA Letter of Acceptance, Waiver and Consent regarding Cantor | | | 401, 403 |
| 371 | September 13, 2012 Bloomberg Chat Ulmer, Konaris, Senapaty (DW) and Demos (Cantor) | SEC-DD-00003987 | SEC-DD-00004002 | 401, 403 |
| 372 | October 2011 Cantor Written Supervisory Procedures | DOJ-DD-00000087 | | |
| 373 | May 21, 2015 Letter to A. Witten re FINRA | CF_FINRA_TL007 | | 401, 403 |
| 374 | INTENTIONALLY OMITTED | | | |
| 375 | Intex Response to Subpoena | | | |
| 376 | November 29, 2011 Email Matthews to MBS Group re Demos start date | | | 901, 401, 403 |
| 377 | December 2011 Marathon Compliance Manual and Code of Ethics | MARATHON00001133 | MARATHON00001844 | |
| 378 | November 2011 - Ellington Bonds Trades | EMG000316 | | |
| 379 | Ellington - Table "Purchases and Sales of the Bonds" | EMG000564 | | |
| 380 | December 2012 Intro to Ellington (with models) and RMBS Credit Opportunities | EMG000486 | EMG000538 | |
| 381 | Marathon Bond Analysis - Excel | MARATHON00001845 | | |
| 382 | April 17, 2012 Email George Smith and James Bond (Cantor) | SEC-DD-00002897 | | 401, 403 |

| No. | Description | Bates Beg. | Bates End | Basis for Objection |
|---|---|---|---|---|
| 383 | March 4, 2014 Bloomberg Chat Trinity Capital and Cantor | CFCO-0069932 | CFCO-0069934 | 401, 403 |
| 384 | March 4, 2014 Bloomberg Chat Cantor and Magnetar Capital | CFCO-0069939 | | 401, 403 |
| 385 | March 4, 2014 Bloomberg Chat Cantor | CFCO-0069941 | | 401, 403 |
| 386 | March 4, 2014 Bloomberg Chat Cantor and Zais Group | CFCO-0069942 | CFCO-0069943 | 401, 403 |
| 387 | March 4, 2014  Bloomberg Chat Cantor | CFCO-0069944 | | 401, 403 |
| 388 | March 5, 2014 - VCON | CFCO-0069971 | | 401, 403 |
| 389 | March 5, 2014 Bloomberg Chat Trinty Capital and Cantor | CFCO-0069984 | CFCO-0069985 | 401, 403 |
| 390 | March 5, 2014 Bloomberg Chat Cantor and Tilden Park | CFCO-0070030 | | 401, 403 |
| 391 | March 5, 2014 Bloomberg Chat Cantor | CFCO-0070036 | | 401, 403 |
| 392 | March 5, 2014 Bloomberg Trade Ticket - Tilden Park Captial and Cantor (SAMI 2006-AR 4) | CFCO-0070037 | | 401, 403 |
| 393 | March 5, 2014 VCON Trade Ticket (SAMI 2006-AR4) | CFCO-0070038 | | 401, 403 |
| 394 | March 5, 2014 Bloomberg Chat - Cantor and Delphi Capital | CFCO-0070039 | | 401, 403 |
| 395 | March 5, 2014 Bloomberg Chat - Chin (Tilden Capital) and Cantor | CFCO-0070075 | CFCO-0070076 | 401, 403 |
| 396 | February 2012 Marathon Legacy Securities PPIP Management Discussion & Analysis | SIGTARP_AUDIT_000004062 | | |
| 397 | May 2012 Marathon Legacy Securities PPIP Management Discussion & Analysis | SIGTARP_AUDIT_000004063 | | |
| 398 | November 5, 2012 Bloomberg Chat - Goldberg, Cong (Marathon) and Demos, Biggart, Rueda (Cantor) | CFCO-0014286 | CFCO-0014291 | 401, 403 |
| 399 | February 1, 2013 Email Bond, Bayer and Sawicki (Cantor) - "demos payout" | CFCO-0045320 | | 401, 403 |
| 400 | February 4, 2013 Email Bond, Bayer and Sawicki (Cantor) - "demos payout" | CFCO-0045383 | | 401, 403 |
| 401 | February 6, 2013 Email Bond, Bayer and Sawicki (Cantor) - DCM Comp & Demos | CFCO-0045540 | | 401, 403 |
| 402 | February 6, 2013Email Bond, Bayer and Sawicki (Cantor) - DCM Comp & Demos | CFCO-0045541 | | 401, 403 |
| 403 | February 6, 2013 Meeting invitation Bayer to Bond, Sawicki - "Demos" | CFCO-0045542 | | 401, 403 |
| 404 | March 29, 2012 Email Bond and Sawicki (Cantor) - "comp sheets" | CFCO-0037814 | | 401, 403 |
| 405 | January 22, 2013 Email Bond and Sawicki (Cantor) - "comp sheets" | CFCO-0045038 | | 401, 403 |
| 406 | March 21, 2012 Email Bond and Sawicki (Cantor) - "comp" | SEC-DD-00002907 | | 401, 403 |
| 407 | February 4, 2013 Email Bond and Sawicki (Cantor) - "Demos" | CFCO-0045378 | | 401, 403 |
| 408 | February 8, 2013 Email Bond and Belser (Cantor) - "year end comp: Demos" | CFCO-0045749 | | 401, 403 |
| 409 | INTENTIONALLY OMITTED | | | |
| 410 | March 22, 2012 Bloomberg Chat Perella and Cantor | CFCO-0004038 | CFCO-0004045 | 401, 403 |
| 411 | June 4, 2012 Bloomberg Chat - Senapaty (DW) and Demos (Cantor) | SEC-DD-00003349 | SEC-DD-00003364 | 401, 403 |
| 412 | February 6, 2013 Meeting invitation - Solomon / Bayer | CFCO-0045543 | | 401, 403 |
| 413 | April 23, 2012 Bloomberg Chat Cantor | CFCO-0052478 | | 401, 403 |
| 414 | January 16, 2013 Email Bond to Bayer "calc details - Demos" | CFCO-0044871 | | 401, 403 |
| 415 | December 18, 2012 Bloomberg Chat - Cantor | CFCO-0064385 | CFCO-0064396 | 401, 403 |
| 416 | December 22, 2009 FINRA Letter | | | 401, 403 |
| 417 | March 1, 2010 SEC TRACE Notice | | | 401, 403 |
| 418 | October 10, 2012 TRACE Regulatory Notice | | | 401, 403 |
| 419 | INTENTIONALLY OMITTED | | | |
| 420 | December 21, 2015 FINRA Letter of Acceptance, Waiver and Consent regarding Cantor | | | 401, 403 |
| 421 | March 9, 1994 SEC Release No 33743 (Confirmation of Transactions) | | | 401, 403 |
| 422 | February 1, 2012 Bloomberg - Non Agency BIWICs | CFCO-0067548 | CFCO-0067552 | 401, 403 |
| 423 | March 5, 2013 Bloomberg Chat Cantor and Whitbox | CFCO-0068591 | CFCO-0068593 | 401, 403 |
| 424 | March 6, 2013  Bloomberg Chat Cantor and Whitbox | CFCO-0068668 | CFCO-0068670 | 401, 403 |
| 425 | March 19, 2013 Bloomberg Chat - Paternoster, Manda, O'Brien, Abraham, Rueda (Cantor) | CFCO-0068813 | CFCO-0068819 | 401, 403 |

| No. | Description | Bates Beg. | Bates End | Basis for Objection |
|---|---|---|---|---|
| 426 | March 19, 2013 Bloomberg Chat - Paternoster, Manda, O'Brien, Abraham, Rueda (Cantor) and Engineer, Gregory, Zhu (Axonic) | CFCO-0068826 | CFCO-0068830 | 401, 403 |
| 427 | March 20, 2013 Bloomberg Chat - Paternoster, Manda, O'Brien, Abraham, Rueda (Cantor) | CFCO-0069366 | CFCO-0069370 | 401, 403 |
| 428 | July 14, 2013 Bloomberg Chat - Paternoster, Manda, O'Brien, Abraham, Rueda, Dimmling (Cantor) | CFCO-0069592 | CFCO-0069595 | 401, 403 |
| 429 | July 15, 2013 Bloomberg Chat - Cantor and Whitebox | CFCO-0069612 | CFCO-0069615 | 401, 403 |
| 430 | July 15, 2013 Bloomberg Chat - Manda, Abhaham (Cantor) | CFCO-0069621 | CFCO-0069626 | 401, 403 |
| 431 | July 15, 2013 Bloomberg Chat - Paternoster, Manda, O'Brien, Abraham, Rueda, Dimmling (Cantor) | CFCO-0069632 | CFCO-0069638 | 401, 403 |
| 432 | July 15, 2013 Bloomberg Chat - Cantor and Whitebox | CFCO-0069639 | CFCO-0069645 | 401, 403 |
| 433 | July 16, 2013 Bloomberg Chat - Manda, Abhaham (Cantor) | CFCO-0069715 | CFCO-0069718 | 401, 403 |
| 434 | July 16, 2013 Bloomberg Chat - Paternoster, Manda, O'Brien, Abraham, Rueda, Dimmling (Cantor) | CFCO-0069719 | CFCO-0069722 | 401, 403 |
| 435 | July 16, 2013 Bloomberg Chat - Cantor and Whitebox | CFCO-0069724 | CFCO-0069731 | 401, 403 |
| 436 | March 5, 2014 Bloomberg Chat - Cantor | CFCO-0070081 | CFCO-0070082 | 401, 403 |
| 437 | March 20, 2013 Bloomberg Chat - Paternoster, Manda, O'Brien, Abraham, Rueda (Cantor) | CFCO-0069026 | CFCO-0069029 | 401, 403 |
| 438 | March 6, 2013 Bloomberg Chat - Cantor | CFCO-0068673 | | 401, 403 |
| 439 | March 20, 2013 Bloomberg Chat - Cantor  (O'Brian, Clusham) | CFCO-0069455 | | 401, 403 |
| 440 | March 20, 2013 Bloomberg Chat - Cantor  and Carlson Capital | CFCO-0069522 | | 401, 403 |
| 441 | March 20, 2013 Bloomberg Chat - Cantor  and Mason Capital | CFCO-0069523 | | 401, 403 |
| 442 | July 16, 2013 Bloomberg Chat - Cantor | CFCO-0069723 | | 401, 403 |
| 443 | July 16, 2013 Bloomberg Chat - Cantor | CFCO-0069732 | | 401, 403 |
| 444 | July 16, 2013 Bloomberg Chat - Cantor  (Freeman, Manda) | CFCO-0069733 | | 401, 403 |
| 445 | July 16, 2013 Bloomberg Chat - Cantor  (Freeman, Manda) | CFCO-0069734 | | 401, 403 |
| 446 | July 16, 2013 Bloomberg Chat - Cantor (Clishan, Manda) | CFCO-0069735 | | 401, 403 |
| 447 | October 2, 2013 Bloomberg Chat - Cantor - Ellington | CFCO-0069842 | | 401, 403 |
| 448 | October 2, 2013 Bloomberg Chat - Cantor (Golden, Wagner) | CFCO-0069843 | | 401, 403 |
| 449 | March 5, 2014 Bloomberg Chat - Cantor  (Shollar Patel) | CFCO-0070083 | | 401, 403 |
| 450 | Ellington compliance manual - Best Execution (clip) | EMG000317 | EMG000318 | |
| 451 | Cantor Investor List | EMG000162 | | 401, 403 |
| 452 | March 16, 2001 Ellington CNF 2001-1 Prospectus Supplement | EMG000163 | EMG000311 | |
| 453 | June 13, 2001 Prospectus Supplement | EMG000319 | EMG000485 | |
| 454 | Ellington Valuations and Marks | EMG000312 | EMG000315 | |
| 455 | April 27, 2012 Bloomberg Chat - Devaney (United Capital) and Marks (Ellington) | EMG000122 | EMG000124 | |
| 456 | January 4, 2013 Ellington Trade Ticket | EMG000065 | EMG000066 | |
| 457 | January 4, 2013 Marks daily summary (CSFB 2003-8 CB1) | EMG000067 | | |
| 458 | January 4, 2013 Marks Trade Confirmation (CSFB 2003-8 CB1) | EMG000068 | | |
| 459 | January 4, 2013 Email Tricot - CSFB 2003-8 CB1 | EMG000069 | | |
| 460 | January 4, 2013 - Trade Approval - Marks - Tricot | EMG000070 | | |
| 461 | January 4, 2013 - VCON CSFB 2003-8 CB1 (Golden) | EMG000071 | | |
| 462 | January 4, 2013 - VCON - CSFB 2003-8 CB1 | EMG000072 | EMG000073 | |
| 463 | January 4, 2013 - VCON CFSB 2003-8 (Manda) | EMG000074 | | |
| 464 | January 4, 2013 -VCON CSFB 2003-8 (Manda, Marks) | EMG000075 | | |
| 465 | September 26, 2012 Trade confirmation - CNF 2001-2 M1 (Marks, Green and Bovey) | EMG000090 | | |
| 466 | September 26, 2012 Tentative trade confirmation - CNF 2001-2 M1 (Marks, Green and Bovey) | EMG000091 | | |

| No. | Description | Bates Beg. | Bates End | Basis for Objection |
|---|---|---|---|---|
| 467 | September 26, 2012 Tentative trade confirmation - CNF 2001-2 M1 (Marks) | EMG000092 | | |
| 468 | September 26, 2012 Marks tentative trade confirmation | EMG000093 | | |
| 469 | September 26, 2012 Email Herriot and Kinderman - (CNF 2001-2 M1) - "Tear sheet for the MH bond" | EMG000094 | | |
| 470 | CNF 2001-2 M1 - Calculation | EMG000095 | EMG000098 | |