# EXHIBIT B

**From:** Rosenbaum, Zachary D. ZRosenbaum@lowenstein.com
**Subject:** Re: US v. Demos - Subpoena Duces Tecum and Waiver of Service
**Date:** December 26, 2017 at 8:30 AM
**To:** Felicia Carboni felicia@baezlawfirm.com
**Cc:** George Leontire george@baezlawfirm.com, Delgado, Jennifer Fiorica JDelgado@lowenstein.com, Strohmeyer, Alexander AStrohmeyer@lowenstein.com

Dear Counsel: We are authorized to accept service of the subpoena duces tecum on behalf of Marathon Asset Management, *provided* (1) such acceptance is with a full reservation of all rights, except service of process (e.g., scope) and (2) you will agree to extend the return date to late January.   Thank you.

**Zachary D. Rosenbaum**

Chair, Capital Markets Litigation

**Lowenstein Sandler LLP**

New York, NY

T 212-204-8690

zrosenbaum@lowenstein.com

www.lowenstein.com

NEW YORK  PALO ALTO  ROSELAND  WASHINGTON, D.C.

**Read my blog**: http://www.globalcapitalmarketslitigation.com/
Sent from iPhone

On Dec 20, 2017, at 2:36 PM, Felicia Carboni <felicia@baezlawfirm.com> wrote:

> Dear Attorney Rosenbaum:
>
> I am writing at Attorney Leontire's request.
>
> Please find attached a copy of the Subpoena *Duces Tecum,* Pursuant to Rule 17(c)(1), addressed to Marathon Asset Management, and ordered by the Honorable Judge Alvin W. Thompson, sitting in the Federal District Court for the District of Connecticut, on December 14, 2017. [3:16-CR-220, ECF No. 118].
>
> Pursuant to your discussion with Attorney Leontire, please find attached the Waiver of Service, which he requests you sign and return. The electronic version can be transmitted to myself, or Attorney Leontire, and we would kindly request that you send the original signed document via mail to our New Bedford Office, located at 66 N. Second Street, New Bedford, MA 02740.
>
> Finally, please also note that, on December 19, 2017, the Honorable Judge Alvin W. Thompson granted Defendant Demos motion requesting permission to direct the recipient of the Subpoena *Duces Tecum* to produce responsive materials to defense counsel, rather than the Court. [3:16-CR-220, ECF No. 125]. Therefore, we request that produced materials are given to The Baez Law Firm.
>
> We look forward to working with you to make production as easy as possible. The return date is listed as January 11, 2018, but keep in mind that Attorney Leontire is willing to work with you on this date.
>
> Very respectfully,
>
> Felicia
> --
> Felicia Carboni, Esq.
> Baez Law Firm
>
> 66 N. Second Street
> New Bedford, MA 02740
>
> 6 Beacon Street
> Boston, MA 02108
>
> Tel: (855) 223-9080
> Fx: (508) 207-9747
>
> felicia@baezlawfirm.com
> Baezlawfirm.com
>
> ***************************************************************
> Pursuant to IRS Circular 230, please be advised that, to the extent this communication contains any tax advice, it is not intended to be, was not written to be and cannot be used by any taxpayer for the purpose of avoiding penalties under U.S. federal tax law.

*************************************************************************
This communication may contain information which is privileged and/or confidential under applicable law. Any dissemination, copy or disclosure, other than by the intended recipient, is strictly prohibited. If you have received this communication in error, please immediately notify us via return e-mail to felicia@baezlawfirm.com and delete this communication without making any copies. Thank you for your cooperation.

<3-16-CR-220-AWT ECF No. 115-1 Filed 12:11:17 [Subpoena Marathon].pdf>
<LTR Marathon Re- Waiver of Subpoena Service.pdf>

---

This message contains confidential information, intended only for the person(s) named above, which may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. In such case, you should delete this message and kindly notify the sender via reply e-mail. Please advise immediately if you or your employer does not consent to Internet e-mail for messages of this kind.