Crim-Trial (4/2/12)

HONORABLE: Alvin W. Thompson
DEPUTY CLERK: L. S. Ferguson    RPTR/ECRO/TAPE: C. Thompson
TOTAL TIME: 5 hours 39 minutes    USPO: ____    INTERPRETER: ____
DATE: 4/27/18    START TIME: 9:01 am    END TIME: 3:45 pm
LUNCH RECESS FROM: 12:30 pm    TO: 1:35 pm
RECESS (if more than ½ hr) FROM: ____    TO: ____

CRIMINAL NO. 3:16-cr-00220-AWT    Deft # 1

UNITED STATES OF AMERICA

Jonathan N. Francis, Heather L. Cherry
AUSA

vs

DAVID DEMOS

Baez, Leontire, Sullivan,Jr., Spiro, Carboni
Defendant's Counsel    Chambers

# CRIMINAL JURY/COURT TRIAL

- [x] Jury of 14 and ____ alternates report ☐ Jury sworn.
- ☐ Juror # ____ excused ☐ Alternates excused
- ☐ Deft ____ Failed to appear. Bench warrant issued.
- [x] ☒ Jury Trial held ☒ Jury Trial continued until 4/30/18 at 9:00 am
- ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until ____
- ☐..# Deft ____ motion ____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft ____ motion ____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft ____ motion ____ ☐ granted ☐ denied ☐ advisement
- ☐..# Deft ____ motion ____ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion ____ ☐ granted ☐ denied ☐ advisement
- ☐..# Govt's motion ____ ☐ granted ☐ denied ☐ advisement
- [x] #329 Deft Demos oral motion for Rule 29 ☐ granted ☐ denied ☒ advisement
- ☐ Deft ____ oral motion ____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion ____ ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion ____ ☐ granted ☐ denied ☐ advisement
- ☐ ____ ☐ filed
- ☐ ____ ☐ filed
- ☐ ____ ☐ filed
- ☐ ____ ☐ filed
- ☐ ____ ☐ filed
- ☐ ____ ☐ filed
- [x] ☒ Government rests ☐ Defendant ____ rests
- ☐ ☐ Summation held ☐ Court's Charge to the Jury
- ☐ All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- ☐ Jury commences deliberations at ____
- ☐ Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ SEE ☐ page II ☐ for additional entries
- [x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

# CRIMINAL JURY/COURT TRIAL (continued)

- ☐ ......... Court declares MISTRIAL as to Defendant _____
- ☐ ......... Jury Verdict filed
- ☐ ......... Oral Verdict
- ☐ ......... Court Verdict
- ☐ ......... ☐ guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ not guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ not guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ not guilty as to Deft _____ as to counts _____
- ☐ ......... ☐ not guilty as to Deft _____ as to counts _____
- ☐ ......... Court accepts verdict and orders verdict verified and recorded
- ☐ ......... Jury polled
- ☐ ......... Sentencing set _____ at _____ as to Deft _____
- ☐ ......... Sentencing set _____ at _____ as to Deft _____
- ☐ ......... Prob 246B Order for PSI & Report
- ☐ ......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ ......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ ......... Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ ......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ ......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ ......... Deft _____ REMANDED to custody
- ☐ ......... Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

## NOTES OR
## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____