# EXHIBIT A

1               THE COURT:  Let's see where we are.

2               With regard to the defendants' other requests, I

3   think those are relatively easy to address at this time.

4               I will insert the words "to testify" on page 14.

5               All right?  I think that's a reasonable request.

6   This case is all about materiality.

7               With regard to the next request in the

8   defendants' letter regarding Section F of the securities

9   fraud charge, "defendant cannot be convicted unless the

10  government proved it engaged in a conscious wrongdoing

11  with a sufficiently culpable state of mind to do something

12  unlawful."

13              I think this is a difficult matter for the

14  Court.  There is case law cited by both parties that is

15  intention on this point.  Both sides cite authority to

16  support their positions, and the problem is particularly

17  acute in this case where the defendants have moved to

18  dismiss the indictment on the ground that this prosecution

19  violates their right to due process.

20              My research on this point has led me to find

21  that others have struggled and apparently will continue to

22  struggle with this.  The model penal code deliberately

23  avoids using the term "willfully" because it's freighted

24  with difficulty, and the authors say that it becomes a

25  matter of statutory construction.  If you look at the

1  legislative history of the relevant statutes, it's not
2  helpful.
3           So we have a problem, and for me the question
4  becomes, what is fair and reasonable in the circumstances.
5           The government has no obligation to prove that a
6  defendant knew he was violating Rule 10(b)(5), but I don't
7  think you can be convicted under the Constitution unless
8  you had a sufficiently culpable state of mind such that
9  you made a conscious choice to cross an important line and
10 expose yourself to potential imprisonment.
11          If the defendants are convicted in this case,
12 I'm sure the government's going to be asking me to
13 incarcerate them for years.
14          So in that context, given the state of the law,
15 I've struggled to figure out what to say.
16          I don't think the Second Circuit case law
17 requires the government to prove that the defendants knew
18 their conduct was unlawful, but at the same time, I don't
19 think it can be the case that they can be convicted, even
20 if they didn't realize their conduct was not unlawful.
21          Some of the cases cited by the defendants are in
22 the securities area, and in those cases, the court said,
23 indeed the government had a burden of proving that the
24 defendants knew their conduct was unlawful.
25          The Supreme Court has recognized that when a

1   challenged action or course of conduct is a technical
2   violation of the law as opposed to morally reprehensible,
3   it becomes more important to make it clear to the jury
4   that the government has a burden to prove that the
5   defendant knew his conduct was unlawful.
6           Why?
7           Because we don't want to be exposing people to
8   conviction and incarceration if they didn't know that this
9   is what they were risking.
10          So it's a problem, and I'm trying to do what I
11  can in the circumstances of this particular case to
12  address the parties' legitimate needs and concerns, and
13  I'm going to go with what I have.  I would rather risk
14  error on the side of lenity than the other way.
15          With regard to the next request, I think that's
16  already been dealt with.  I'm going to grant that request
17  and delete that transition sentence.
18          With regard to the last request in the
19  defendants' letter, uncalled witnesses, I don't think I
20  need to do that this minute, and I don't want to keep the
21  jury waiting any longer.
22          Bear in mind, the instructions I'm giving the
23  jury now take me through what is now, for me, closing
24  arguments on page 42.  The uncalled witnesses instruction
25  won't be given at this time.