# EXHIBIT B

1     THE COURT: All right.

2     MR. BROWN: And the third paragraph from the

3  bottom where he said "knew his conduct was wrongful," and

4  if we could replace the rest of that sentence with

5  "prohibited by law" again.

6     THE COURT: I'd like to help you, Mr. Brown, but

7  my problem is I have to follow Second Circuit law, and

8  that's what I'm doing.

9     MR. BROWN: Okay, thank you, Judge.

10    THE COURT: Mr. Novick, before you begin, let me

11 ask you a question: Are you confident that the jury can

12 convict these defendants because they knowingly violated

13 the law or do you lack that confidence and you want the

14 jury to convict them even though they didn't know they

15 were violating the law?

16    MR. NOVICK: I would say the former, Your Honor.

17    THE COURT: Right. So why are we having this

18 wrestling match over and over again?

19    If the government's submission to the jury is

20 that these people are criminals who knowingly violated the

21 law, why does it matter to you so much that the jury be

22 informed about how they didn't really need to know that

23 their conduct was illegal? Why?

24    MR. NOVICK: Your Honor because --

25    THE COURT: Why, Mr. Novick?

1     MR. NOVICK: I'm going to answer the question.
2     THE COURT: Please.
3     MR. NOVICK: Yes. Because I believe firmly that
4  the Second Circuit law under Kaiser does not require that
5  of us. And while I am confident that we have done more
6  than we need to do in this case, as we have said
7  repeatedly, I am not willing to go a step further and say
8  let's instruct the jury in a way that -- and I --
9     Look, we can disagree, Your Honor, and I
10 appreciate it, and it's the Court's word that matters, and
11 I appreciate that, and I'm just trying to give Your Honor
12 my take; and I hope you understand that.
13    THE COURT: Is there a Second Circuit case that
14 says under 10(b)(5) in a factual situation like this, the
15 government does not have to prove that the defendant knew
16 his conduct was illegal?
17    MR. NOVICK: I believe, Your Honor --
18    THE COURT: Not a tender offer. This case.
19    MR. NOVICK: Your Honor, I believe the closest
20 thing we have that says -- that stands for this principle,
21 as I've said repeatedly, is Kaiser.
22    THE COURT: Tender offer case, right?
23    MR. NOVICK: Yes, Your Honor. But I think the
24 principle is essentially, if there's a case involving a
25 rule like insider trading, the Second Circuit says that

1    would be different.  But in a case like this where I think
2    that the issue is not a rule but something that is about a
3    the law, 10(b)(5), deceptive practices like this, that it
4    doesn't require that, and I think Kaiser's -- I think
5    Tagliaferri, which accords with Kaiser.
6             THE COURT:  And that would be because this
7    conduct is so inherently immoral and egregious, so
8    palpably offensive that there's no need to worry about it.
9             MR. NOVICK:  Your Honor, I wouldn't go to that
10   degree of -- I'm not trying to be that kind of simplistic
11   about it.
12            THE COURT:  Oh.  Although the government argued
13   in rebuttal if you lie to take money, that's it, that's
14   all you need to do, period.  Lie to take money, period,
15   full stop; that's all you need to do.
16            MR. NOVICK:  Maybe I misspoke in terms of what I
17   meant, Your Honor.
18            When I say -- I'm not trying to be as -- might
19   be I am trying to be as simplistic about it.
20            When it's a straightforward violation, in other
21   words, it's a case about -- it's not a case about insider
22   trading, in other words some sort of more arcane esoteric
23   rule, it's a case about lying; and that's what it is.
24            THE COURT:  It's about this case is not a simple
25   case.  It is undisputed that this market was rife with

1    misrepresentation. It is undisputed that
2    misrepresentation affected negotiations as a matter of
3    course. You have people like Mr. Chao who didn't realize
4    that what he was doing was a crime.
5         So we've talked about speeding, we've talked
6    about the penalty box. Yeah, if you are going 70 and you
7    get stopped, you can be ticketed if the officer decides to
8    ticket you. If you're going 120, you can be arrested and
9    taken to jail. Why? Because one is really egregious and
10   one is socially dangerous to the point where it's a
11   serious crime.
12        Similarly, in hockey, you can trip, hook, hold,
13   you can even fight, and you'll get sent to the penalty box
14   for five minutes, maybe ten minutes, maybe you get a game
15   misconduct, but you're not going to be prosecuted for
16   assault in the local criminal court unless it's really,
17   really egregious. Okay?
18        It seems to me what the government is saying is
19   this conduct is so egregious you don't need to prove that
20   they knew it was illegal. Anyone would know this was
21   egregious; but Mr. Chao didn't.
22        So that's the context of this case, and I'm
23   trying to instruct the jury in a way that avoids error and
24   achieves justice.
25        If you have a comment on this proposal, I'd be

1  glad to hear it.

2  MR. NOVICK: Sure, Your Honor. I suppose we
3  could debate this all day.

4  THE COURT: It's not my place to debate it.

5  MR. NOVICK: I was going to say, Your Honor, I
6  don't think it's worth it.

7  The government's position on this charge, Your
8  Honor, first of all, we would say the charge that's
9  already been given is sufficient. Short of that, we think
10 that paragraphs 2, 3 and 4 should be removed.

11 Our view is that this is a case about
12 willfulness for securities fraud, and starting with the
13 general principle is unnecessary here. Let's instruct
14 them on willfulness in the context of securities fraud.

15 I'd also say with regard to the general
16 statement about due process is likewise unnecessary here.
17 I think due process is a different concept. I think due
18 process says reasonable notice to people in the world, not
19 to these particular defendants.

20 I think it's very confusing to suggest that due
21 process requires some subjective knowledge. It requires
22 that -- that's what due process essentially says, that the
23 rule be pronounced to the world in sufficient detail. I'm
24 paraphrasing the case because I don't have it in front of
25 me. So that someone of reasonable intelligence could