Crim-Trial (4/2/12)

HONORABLE: **Alvin W. Thompson**

DEPUTY CLERK **L. S. Ferguson**   RPTR/ECRO/TAPE **C. Thompson**

TOTAL TIME: **4** hours **12** minutes   USPO _____   INTERPRETER _____

DATE: **4/30/18**   START TIME: **10:01 am**   END TIME: **3:20 pm**

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: **11:06 am**   TO: **12:13 pm**

CRIMINAL NO. **3:16-cr-00220-AWT**   Deft # **1**

| UNITED STATES OF AMERICA | Jonathan N. Francis, Heather L. Cherry |
|---|---|
| | AUSA |
| vs | |
| DAVID DEMOS | Baez, Leontire, Sullivan,Jr., Spiro, Carboni |
| | Defendant's Counsel   Chambers |

## CRIMINAL JURY/COURT TRIAL

☒ ........ Jury of **14** and _____ alternates report ☐ Jury sworn.
☐ ........ ☐ Juror # _____ excused ☐ Alternates excused
☐ ........ Deft _____ Failed to appear. Bench warrant issued.
☒ ........ ☒ Jury Trial held   ☒ Jury Trial continued until **5/1/18** at **9:30 am**
☐ ........ ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
☐..# ___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
☐..# ___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
☐..# ___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
☐..# ___ Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
☐..# ___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
☐..# ___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
☒ #333   Deft **Demos** oral motion **to Strike testimony of Ed Cong** ☐ granted ☒ denied ☐ advisement
☒ #334   Deft **Demos Renewed** oral motion **for Rule 29 (Acquittal)** ☐ granted ☐ denied ☒ advisement
☐ ........ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ........ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ........ _____ ☐ filed
☐ ........ _____ ☐ filed
☐ ........ _____ ☐ filed
☐ ........ _____ ☐ filed
☐ ........ _____ ☐ filed
☐ ........ _____ ☐ filed
☒ ........ ☐ Government rests ☒ Defendant _____ rests
☒ ........ ☐ Summation held ☒ Court's Charge to the Jury
☐ ........ All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
☐ ........ Jury commences deliberations at _____
☒ ........ Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
☐ ........ SEE ☐ page II ☐ for additional entries
☒ ........ Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

- ☐ Court declares MISTRIAL as to Defendant _____
- ☐ Jury Verdict filed
- ☐ Oral Verdict
- ☐ Court Verdict
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ Court accepts verdict and orders verdict verified and recorded
- ☐ Jury polled
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Prob 246B Order for PSI & Report
- ☐ Bond ☐ set for $ _____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ set for $ _____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $ _____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $ _____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Deft _____ REMANDED to custody
- ☐ Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

NOTES OR
## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____