Crim-Trial (4/2/12)

HONORABLE: Alvin W. Thompson
DEPUTY CLERK L. S. Ferguson    RPTR/ECRO/TAPE C. Thompson
TOTAL TIME: ____ hours  21 minutes    USPO ____    INTERPRETER ____
DATE: 5/2/18    START TIME: 1:55 pm    END TIME: 2:05 pm
LUNCH RECESS  FROM: ____  TO: ____
RECESS (if more than ½ hr)  FROM: ____  TO: ____
Re-Start: 4:07 pm - End Time: 4:18 pm

CRIMINAL NO. 3:16-cr-00220-AWT    Deft # 1

UNITED STATES OF AMERICA

Jonathan N. Francis, Heather L. Cherry
AUSA

vs

DAVID DEMOS

Baez, Leontire, Sullivan,Jr., Spiro, Carboni
Defendant's Counsel    Chambers

## CRIMINAL JURY/COURT TRIAL

[x] Jury of 12 and 2 alternates report ☐ Jury sworn.
[ ] ☐ Juror # _____ excused ☐ Alternates excused
[ ] Deft _____ Failed to appear. Bench warrant issued.
[x] [x] Jury Trial held  [x] Jury Trial continued until 5/3/18 at 9:30 am
[ ] ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
[ ]..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
[ ]..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
[ ]..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
[ ]..# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
[ ]..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
[ ]..# Govt's motion _____ ☐ granted ☐ denied ☐ advisement
[ ] Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
[ ] Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
[ ] Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
[ ] Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
[ ] _____ ☐ filed
[ ] _____ ☐ filed
[ ] _____ ☐ filed
[ ] _____ ☐ filed
[ ] _____ ☐ filed
[ ] _____ ☐ filed
[ ] ☐ Government rests ☐ Defendant _____ rests
[ ] ☐ Summation held ☐ Court's Charge to the Jury
[ ] All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
[ ] Jury commences deliberations at _____
[x] Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
[ ] SEE ☐ page II ☐ for additional entries
[x] Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

- ☐ Court declares MISTRIAL as to Defendant _____
- ☐ Jury Verdict filed
- ☐ Oral Verdict
- ☐ Court Verdict
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ ☐ not guilty as to Deft _____ as to counts _____
- ☐ Court accepts verdict and orders verdict verified and recorded
- ☐ Jury polled
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Sentencing set _____ at _____ as to Deft _____
- ☐ Prob 246B Order for PSI & Report
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
- ☐ Deft _____ REMANDED to custody
- ☐ Deft _____ oral motion to remain on bond pending sentencing ☐ granted ☐ denied ☐ adv.

### NOTES OR MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____