UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
                                                 :
UNITED STATES OF AMERICA   :
                                                 :
v.                                               :   CRIM. NO. 3:16-CR-220 (AWT)
                                                 :
DAVID DEMOS                                      :
                                                 :
-------------------------------------------------x
```

### DEFENDNAT'S MOTION FOR EXONERATION OF BOND AND RELEASE OF MORTGAGE ON REAL PROPERTY

Defendant David Demos through his counsel, respectfully moves this Court, pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, for the entry of an order to (1) exonerate the bond posted in support of the release of the defendant, as ordered on December 9, 2016 (ECF No. 11), and release the mortgages held by the government on the following real property: 32 Edgewater Hillside, Westport, CT for the reason that this case has been concluded and the necessity for the has passed.

        Defendant
        David Demos

        By: s/Michael L. Chambers Jr./s
        Michael Chambers Jr., Esq.
        Federal Bar No. ct28580
        Law Office of Michael L. Chambers Jr.
        100 Wells Street Suite 2C
        Hartford, CT 06103
        Ph: (860) 231-9535
        Fax: (860) 233-8276
        chamberslegalservices@gmail.com

## AFFIRMATION OF SERVICE

I hereby certify that on May 3, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date: Hartford, CT
May, 3, 2018

By: s/Michael L. Chambers Jr./s
Michael Chambers Jr., Esq.
Federal Bar No. ct28580
Law Office of Michael L. Chambers Jr.
100 Wells Street Suite 2C
Hartford, CT 06103
Ph: (860) 231-9535
Fax: (860) 233-8276
chamberslegalservices@gmail.com