UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COURT'S EXHIBIT 3
3:16cr220
5-1-18

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
v.                                  :   CRIM. NO. 3:16-CR-220 (AWT)
:
DAVID DEMOS                         :
:
------------------------------------x

## VERDICT FORM

**PART I.**

    As to the charges set forth in the indictment, we the Jury unanimously find the defendant, David Demos:

**Count 1: LXS 2005-5N 3A2 (May 11, 2012)**

    __✓__ Not Guilty      ____ Guilty

**Count 2: AMSI 2003-8 M2 (July 6, 2012)**

    __✓__ Not Guilty      ____ Guilty

**Count 4: CNF 2001-1 M1 (September 26, 2012)**

    __✓__ Not Guilty      ____ Guilty

**Count 5: CNF 2002-1 M1 (September 26, 2012)**

    __✓__ Not Guilty      ____ Guilty

**Count 6: CSFB 2003-8 CB1 (January 4, 2013)**

    __✓__ Not Guilty      ____ Guilty

**Proceed to Part II.**

**PART II.**

    You have now completed your deliberations.  Please sign and date this form.

    Dated at Hartford, Connecticut, on this __3__ day of May, 2018 at __10:10__ a.m./p.m.

/s/
_____
Foreperson

2