AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF **CONNECTICUT**

UNITED STATES OF AMERICA

V.

DAVID DEMOS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:16-cr-00220-AWT

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

/s/ Judge Alvin W. Thompson
Signature of Judge

Alvin W. Thompson                    U.S. District Judge
Name of Judge                            Title of Judge

5/10/2018
Date

US DISTRICT COURT
HARTFORD CT
2018 MAY 10 A 10: 14
FILED